20-1744 CFC

# Certificate of Conference


RECEIVED JAN 20 2021 U.S. DISTRICT COURT DISTRICT OF DELAWARE

Certificate of Conference

Prepared for

Judge Colm F. Connolly

Of the

United States District Court for the District of Delaware

Prepared by: Dr. Jay K Joshi

January 11th, 2020

Dr. Jay K Joshi
1216 Richfield Court
Woodridge, IL 60517

Judge Colm F. Connolly
J. Caleb Boggs Federal Building
844 North King Street, Unit 31
Room 4124
Wilmington, DE 19801-3555



RE: UNOPPOSED MOTION FOR LEAVE BY DR. JAY K JOSHI TO FILE AMICUS CURIAE BRIEF

Dear Honorable Judge Colm F. Connolly:

After conferring through email correspondence, I received no opposition from both the PLAINTIFF, ("Department of Justice."), and the DEFENDANT, ("Walmart, Inc.") to the filing of the amicus curiae brief prepared on January 4th, 2021.

A brief I wrote out of a sense of professional duty as a physician and of civic obligation as a citizen of the United States. I do not represent any professional organization nor any corporate interest.

I represent the patients who, now disenfranchised by the worsening opioid epidemic, suffer in silence, forced to endure shame for their chronic pain, for their mental health conditions, for seeking medical care that requires them to fill prescriptions at retail pharmacy outlets, which inevitably puts them in a position to be potentially judged, discriminated against, deemed to be wholly criminal, or dismissed as a drug addict.

I represent the physicians who, out of fear for legal ramifications, both civil and criminal, compromise patient care to practice defensive medicine. Who have become so disillusioned by the current state of affairs that they would rather leave a patient in pain or leave a mental health condition untreated than provide the medically appropriate clinical care.

I represent the pharmacists who, out of fear of legal liability and of recently imposed criminal culpability, now judge patients based upon their physical appearances, mannerisms, or medical history, determining whether the decision to fill a prescription justifies the personal risk they may incur.

I write this brief out of a genuine concern for all those in the medical community affected by the opioid epidemic, in hopes that the medical issues underlying the legal case are given fair deliberation. This brief addresses the legal theory underlying the case and recognizes the potential for the case to establish a framework for medical jurisprudence built upon the foundation of Constitutional logic.

The opioid epidemic is a medical issue that has migrated into the legal courts, simplifying the complex fields of pain management and addiction medicine into a standardized legal rubric.

But in attempting to fit a fundamentally complex concept into something far more simple, we inevitably create errors of approximation – that manifest in the courts of law as inductive logic, probabilistic and circular reasoning, fraud, and suppressed

premises – errors that would go unnoticed unless we develop a standardized framework for jurisprudence upon which the evidence and material arguments can be tested and substantiated.

**A framework that would be useful and necessary to the administration of justice.**

It is with great humility, deep dedication to my patients, and service to the medical community that I request you to grant the motion for leave.

Respectfully,

Dr. Jay K. Joshi

Jay K Joshi
Richfield Court
dridge, IL 60517



U.S.M.S
X-RAY

Honorable Judge Colm F. Connolly
J. Caleb Boggs Federal Building
844 North King Street, Unit 31
Room 4124
Wilmington, DE 19801-3555



RECEIVED
JAN 20 2021
U.S. DISTRICT COURT
DISTRICT OF DELAWARE