

# U.S. Department of Justice

*United States Attorney*
*District of Delaware*

*The Hercules Building*
*1313 N. Market Street, Suite 400*
*P. O. Box 2046*                              *(302) 573-6277*
*Wilmington, Delaware 19899-2046*      *FAX (302) 573-6220*

January 25, 2021

████████████████

The Honorable Colm F. Connolly
J. Caleb Boggs Federal Building
844 N. King Street, Unit 31
Room 4124
Wilmington, DE 19801-3555

**Re: *United States v. Walmart, Inc., et al.* No. 1:20-CV-1744 (D. Del.)**

Dear Judge Connolly,

On December 22, 2020, the United States filed the above-referenced civil action against Walmart Inc. and Wal-Mart Stores, LP (collectively, "Walmart"). The United States' complaint alleges civil violations of the Controlled Substances Act (CSA) arising from Walmart's dispensing and distribution of controlled substances.

Following correspondence with counsel for Walmart, the United States is writing to inform the Court, under seal ████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████

█████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████

█████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████

[black redaction bars]

Respectfully submitted,

DAVID C. WEISS
United States Attorney

BY: */s/ Laura D. Hatcher*
Laura D. Hatcher
Assistant United States Attorney


cc: *Counsel for Walmart Inc. and Wal-Mart Stores, LP*
Karen P. Hewitt (via e-mail)
Jason S. Varnado (via e-mail)
David Ogden (via e-mail)
Charles Speth (via e-mail)

*Counsel for the United States of America*
Gustav Eyler (via e-mail)
Kevin Traskos (via e-mail)
Dylan Steinberg (via e-mail)