**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                              )<br>                    Plaintiff,              )        Jury Trial Demanded<br>                                                              )<br>          v.                                          )        Case No. 20-cv-1744-CFC<br>                                                              )<br>WALMART INC. AND WAL-MART STORES )<br>EAST, LP,                                      )<br>                                                              )<br>                    Defendants.          )<br>                                                              ) | |

**ENTRY OF APPEARANCE**

Please enter the appearance of Katherine Ho, Special Attorney to the Attorney General, as co-counsel for Plaintiff, the United States of America, in the above-captioned case.

Respectfully submitted,

DAVID C. WEISS
United States Attorney

BY:  */s/ Katherine M. Ho*
Katherine M. Ho
Special Attorney to the Attorney General
400 West Washington St., Suite 3100
Orlando, FL 32801
Katherine.Ho@usdoj.gov
(407) 648-7500

Dated: February 10, 2021                                        *Attorney for the United States*