# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WALMART INC. and<br>WAL-MART STORES EAST, LP,<br><br>Defendants. | C.A. No. 20-1744-CFC |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned attorney of record for *Amicus Curiae* The National Association of Boards of Pharmacy ("NABP") hereby states that NABP does not have any parent corporations and is not publicly traded, so no publicly held corporation owns 10% or more of its stock. *See* Fed. R. App. P. 26.1.

{MDSUW0193257.}

/s/ Thomas A. Uebler
Thomas A. Uebler (#5074)
Kathleen A. Murphy (#5215)
MCCOLLOM D'EMILIO SMITH
 UEBLER LLC
Little Falls Centre Two
2751 Centerville Road, Suite 401
Wilmington, DE 19808
(302) 468-5960
tuebler@mdsulaw.com
jchristensen@mdsulaw.com
hlenahan@mdsulaw.com

*Attorneys for Amicus Curiae National Association of Boards of Pharmacy*

Dated: May 17, 2021