IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 20-1744-CFC ) |
| WALMART INC. AND WAL-MART STORES EAST, LP, | ) ) ) |
| Defendant. | ) ) |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Walmart respectfully submits the decision in *United States v. Ridley's Family Markets, Inc.*, No. 1:20-cv-173 (D. Utah June 7, 2021) (attached as Ex. A) as non-precedential supplemental authority in support of its motion to dismiss (D.I. 26). The decision supports Walmart's motion in two important respects.

*First*, the court agreed that "the United States cannot seek civil penalties for a violation" of 21 C.F.R. § 1306.06, both as a textual matter and because any contrary reading would "nullify" § 1306.04(a)'s scienter element.  (Ex. A at 9-10.)  That is one reason why Count II here must be dismissed.  (D.I. 27 at 19-22; D.I. 47 at 7-9.)

*Second*, the court recognized that § 1306.04(a) claims must plausibly allege that "individual ... pharmacists who received, reviewed, and filled the prescriptions" were, at minimum, willfully blind to their invalidity.  (Ex. A at 7.)  Importantly, the Court observed that watering down "the knowledge requirement of § 1306.04(a)" would "severely interfere" with pharmacists' jobs and "could ultimately damage

patients." (*Id.* at 10.)  Here, any willful-blindness theory fails because the Government does not allege that anyone, let alone any pharmacist "who received, reviewed, and filled the prescriptions at issue" (*id.* at 7), intentionally avoided learning the facts.  (*See* D.I. 47 at 2-3.)

|  |  |
|---|---|
| OF COUNSEL:<br><br>Michael A. Carvin<br>Benjamin C. Mizer<br>Yaakov M. Roth<br>William G. Laxton, Jr.<br>JONES DAY<br>51 Louisiana Avenue, N.W.<br>Washington, D.C.  20001-2113<br>(202) 879-3939<br>macarvin@jonesday.com<br>bmizer@jonesday.com<br>yroth@jonesday.com<br>wglaxton@jonesday.com<br><br>Karen P. Hewitt<br>JONES DAY<br>4655 Executive Drive, Suite 1500<br>San Diego, CA 92121-3134<br>(858) 314-1200<br>kphewitt@jonesday.com | */s/ Robert W. Whetzel*<br>Robert W. Whetzel (#2288)<br>Kelly E. Farnan (#4395)<br>Richards, Layton & Finger, P.A.<br>920 North King Street<br>Wilmington, Delaware 19801<br>(302) 651-7700<br>whetzel@rlf.com<br>farnan@rlf.com<br><br>*Attorneys for Walmart, Inc. and Wal-Mart Stores East, LP* |

Jason S. Varnado
Laura Jane Durfee
Andrew J. Junker
JONES DAY
717 Texas, Suite 3300
Houston, TX 77002-2172
(832) 239-3939
jvarnado@jonesday.com
ldurfee@jonesday.com
ajunker@jonesday.com

David W. Ogden
Charles C. Speth
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
(202) 663-6000
David.Ogden@wilmerhale.com
Charles.Speth@wilmerhale.com

Dated: June 9, 2021