# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | C.A. No. 20-1744-CFC |
| Plaintiff, | ) | |
| v. | ) | |
| WALMART INC. and WAL-MART STORES EAST, LP, | ) | |
| Defendants. | ) | |

**NOTICE OF THE UNITED STATES
REGARDING DEFENDANTS' MOTION TO STAY**

In light of the teleconference held in this case on Friday, November 12, 2021, the United States hereby withdraws its opposition to Walmart's motion to stay this case pending a decision of the Supreme Court of the United States in *Ruan v. United States*, 2021 WL 5148067 (U.S. Nov. 5, 2021), and *Kahn v. United States*, 2021 WL 5148069 (U.S. Nov. 5, 2021).  The United States proposes that the parties file a status report within 14 days of the Supreme Court deciding those cases, recognizing that the parties may raise other issues to this Court as appropriate before that time.

MICHAEL D. GRANSTON
Deputy Assistant Attorney General for
the Civil Division

GUSTAV W. EYLER
Director
ADAM E. LYONS
Assistant Director
JOSHUA FOWKES
KATHLEEN B. GILCHRIST
AMY KAPLAN
BRANDON ROBERS
Trial Attorneys
U.S. Department of Justice
Civil Division
Consumer Protection Branch
P.O. Box 386
Washington, DC 20044
gustav.w.eyler@usdoj.gov
202-307-0066

MATTHEW T. KIRSCH
Acting United States Attorney
for the District of Colorado

*/s/ Kevin T. Traskos*
KEVIN T. TRASKOS
AMANDA A. ROCQUE
JASAND P. MOCK
Special Attorneys to the Attorney General
1801 California Street, Suite 1600
Denver, CO 80202
kevin.traskos@usdoj.gov
303-454-0100

KARIN HOPPMANN
Acting United States Attorney
for the Middle District of Florida

KATHERINE M. HO
LACY R. HARWELL, JR.
LINDSAY S. GRIFFIN
CAROLYN B. TAPIE
Special Attorneys to the Attorney General
400 West Washington Street, Suite 3100
Orlando, FL 32801
katherine.ho@usdoj.gov 407-648-7500

3

| | |
|---|---|
| DAVID C. WEISS<br>United States Attorney for the<br>District of Delaware | BREON S. PEACE<br>United States Attorney<br>for the Eastern District of New York |
| */s/ Laura D. Hatcher*<br>LAURA D. HATCHER<br>DYLAN STEINBERG<br>1313 N. Market Street<br>Wilmington, DE 19801<br>laura.hatcher@usdoj.gov<br>302-573-6277 | ELLIOT M. SCHACHNER<br>JAMES KNAPP<br>JOLIE APICELLA<br>MEGAN FREISMUTH<br>Special Attorneys to the Attorney General<br>271 Cadman Plaza East<br>Brooklyn, NY 11201<br>elliot.schachner@usdoj.gov<br>718-254-7000 |

Dated: November 17, 2021