IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WALMART INC. and WAL-MART STORES EAST, LP,<br><br>Defendants. | Civil Action No. 20-1744-CFC |

## **ORDER**

WHEREAS Defendant filed a Motion to Stay Pending the Supreme Court's Decisions in Ruan and Kahn (D.I. 55); and

WHEREAS, Plaintiff United States of America does not oppose the motion, *see* D.I. 58;

Now therefore at Wilmington on this Nineteenth day of November in 2021, it is HEREBY ORDERED that:

1. The motion to stay (D.I. 55) is GRANTED;

2. The case is STAYED until 14 days after resolution of *Ruan v. United States*, 2021 WL 5148067 (U.S. Nov. 5, 2021), and *Kahn v. United States*, 2021 WL 5148069 (U.S. Nov. 5, 2021); and

3. The parties shall file a joint status report with the Court within 14 days after resolution of *Ruan v. United States*, 2021 WL 5148067 (U.S. Nov. 5, 2021), and *Kahn v. United States*, 2021 WL 5148069 (U.S. Nov. 5, 2021).

_____
UNITED STATES DISTRICT JUDGE