IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 20-1744-CFC |
| | ) |
| WALMART INC. AND WAL-MART | ) |
| STORES EAST, LP, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING ON DEFENDANT'S MOTION TO DISMISS**

WHEREAS, Plaintiff United States of America ("the United States") filed a 196-page, 772-paragraph Amended Complaint against Walmart Inc. and Wal-Mart Stores East, LP (collectively "the Defendants"), seeking to impose civil penalties and injunctive relief under the Controlled Substances Act ("CSA");

WHEREAS, the parties have conferred and agreed, subject to approval by the Court, that based on the complexity of the issues raised in the Complaint and their experience briefing complex issues in other matters, an enlargement of the time to submit briefs and of the word limit is appropriate with respect to briefing related to the forthcoming motion to dismiss;

WHEREAS, the original Complaint (D.I 1) contained 160 pages and 710 paragraphs and, in connection with briefing Defendants' Motion to Dismiss the

1

Complaint, the parties entered into, and the Court approved, timing and word count limits for the briefing (D.I. 22); and

WHEREAS, the parties have conferred and agreed, subject to the Court's approval, to a modified schedule for timing and word limits to reflect the additional allegations contained in the Amended Complaint;

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, subject to the approval of the Court, that briefing on Defendants' motion to dismiss shall proceed as follows:

1. Defendants shall file a single opening brief in support of their motion that shall not exceed 9,000 words (exclusive of the cover page, table of contents, table of authorities, and signature block) on or before November 7, 2022.

2. The United States shall file an answering brief that shall not exceed 9,000 words (exclusive of the cover page, table of contents, table of authorities, and signature block) on or before January 6, 2023.

3. Defendants shall file a reply brief in support of their motion that shall not exceed 4,500 words (exclusive of the cover page, table of contents, table of authorities, and signature block) on or before February 6, 2023.

| | |
|---|---|
| /s/ Kelly E. Farnan | DAVID C. WEISS |
| Robert W. Whetzel (#2288) | United States Attorney for the |
| Kelly E. Farnan (#4395) | District of Delaware |
| Richards, Layton & Finger, P.A. | |
| 920 North King Street | /s/ Laura D. Hatcher |
| Wilmington, Delaware 19801 | LAURA D. HATCHER |
| (302) 651-7700 | DYLAN STEINBERG |
| whetzel@rlf.com | Assistant United States Attorneys |
| farnan@rlf.com | 1313 N. Market Street |
| | Wilmington, DE 19801 |
| OF COUNSEL: | laura.hatcher@usdoj.gov |
| | dylan.steinberg@usdoj.gov |
| Karen P. Hewitt | 302-573-6277 |
| JONES DAY | |
| 4655 Executive Drive, Suite 1500 | GUSTAV W. EYLER |
| San Diego, CA 92121-3134 | Director |
| (858) 314-1200 | ADAM E. LYONS |
| kphewitt@jonesday.com | Assistant Director |
| | JOSHUA FOWKES |
| Jason S. Varnado | Trial Attorney |
| Laura Jane Durfee | KATHERINE M. HO |
| Andrew J. Junker | Trial Attorney |
| JONES DAY | *Admitted pro hac vice* |
| 717 Texas, Suite 3300 | U.S. Department of Justice |
| Houston, TX 77002-2172 | Civil Division |
| (832) 239-3939 | Consumer Protection Branch |
| jvarnado@jonesday.com | P.O. Box 386 |
| ldurfee@jonesday.com | Washington, DC 20044 |
| ajunker@jonesday.com | gustav.w.eyler@usdoj.gov |
| | adam.e.lyons@usdoj.gov |
| Michael A. Carvin | joshua.a.fowkes@usdoj.gov |
| Yaakov M. Roth | Katherine.Ho@usdoj.gov |
| William G. Laxton, Jr. | 202-307-0066 |
| JONES DAY | |
| 51 Louisiana Avenue, N.W. | |
| Washington, D.C. 20001.2113 | |
| (202) 879-3939 | |
| macarvin@jonesday.com | |
| yroth@jonesday.com | |
| wglaxton@jonesday.com | |

| | |
|---|---|
| David W. Ogden<br>D.C. Bar No. 375951<br>Charles C. Speth<br>D.C. Bar No. 979809<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>1875 Pennsylvania Avenue NW<br>Washington, DC 20006<br>Telephone: (202) 663-6000<br>David.Ogden@wilmerhale.com<br>Charles.Speth@wilmerhale.com<br><br>*Attorneys for Walmart Inc. and*<br>*Wal-Mart Stores East, LP* | KEVIN T. TRASKOS<br>AMANDA A. ROCQUE<br>Special Attorneys to the Attorney General<br>1801 California Street, Suite 1600<br>Denver, CO 80202<br>kevin.traskos@usdoj.gov<br>amanda.rocque@usdoj.gov<br>303-454-0100<br><br>*Attorneys for the United States of America* |

Dated: October 7, 2022

SO ORDERED this 11th day of October 2022

_____
Chief United States District Court Judge

4

RLF1 28062831v.1