# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 20-1744-CFC |
| ) | |
| WALMART INC. AND WAL-MART ) | |
| STORES EAST, LP, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## JOINT STIPULATION AND [PROPOSED] ORDER

WHEREAS, the deadline for the parties to submit a proposed protective order to the Court is November 4, 2022 (D.I. 80);

WHEREAS, the parties have exchanged additional proposals and have had success in narrowing the disputes during the most recent extension; and

WHEREAS, the parties believe additional time to continue to meet and confer would be helpful in attempting to resolve the remaining disputed provisions.

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, subject to the approval of the Court, that the deadline for the parties to submit a proposed protective order to the Court is extended through and including November 18, 2022.

| | |
|---|---|
| /s/ Kelly E. Farnan<br>Robert W. Whetzel (#2288)<br>Kelly E. Farnan (#4395)<br>Richards, Layton & Finger, P.A.<br>920 North King Street<br>Wilmington, Delaware 19801<br>(302) 651-7700<br>whetzel@rlf.com<br>farnan@rlf.com<br><br>OF COUNSEL:<br><br>Karen P. Hewitt<br>JONES DAY<br>4655 Executive Drive, Suite 1500<br>San Diego, CA 92121-3134<br>(858) 314-1200<br>kphewitt@jonesday.com<br><br>Jason S. Varnado<br>Laura Jane Durfee<br>Andrew J. Junker<br>JONES DAY<br>717 Texas, Suite 3300<br>Houston, TX 77002-2172<br>(832) 239-3939<br>jvarnado@jonesday.com<br>ldurfee@jonesday.com<br>ajunker@jonesday.com<br><br>Yaakov M. Roth<br>William G. Laxton, Jr.<br>Jeffrey R. Johnson<br>Kristen A. Lejnieks<br>JONES DAY<br>51 Louisiana Avenue, N.W.<br>Washington, D.C. 20001.2113<br>(202) 879-3939<br>yroth@jonesday.com<br>wglaxton@jonesday.com | DAVID C. WEISS<br>United States Attorney for the<br>District of Delaware<br><br>/s/ Laura D. Hatcher<br>LAURA D. HATCHER<br>DYLAN STEINBERG<br>Assistant United States Attorneys<br>1313 N. Market Street<br>Wilmington, DE 19801<br>laura.hatcher@usdoj.gov<br>dylan.steinberg@usdoj.gov<br>302-573-6277<br><br>GUSTAV W. EYLER<br>Director<br>ADAM E. LYONS<br>Assistant Director<br>JOSHUA FOWKES<br>Trial Attorney<br>*Admitted pro hac vice*<br>U.S. Department of Justice<br>Civil Division<br>Consumer Protection Branch<br>P.O. Box 386<br>Washington, DC 20044<br>gustav.w.eyler@usdoj.gov<br>adam.e.lyons@usdoj.gov<br>joshua.a.fowkes@usdoj.gov<br>202-307-0066<br><br><br>KEVIN T. TRASKOS<br>AMANDA A. ROCQUE<br>Special Attorneys to the Attorney General<br>1801 California Street, Suite 1600<br>Denver, CO 80202<br>kevin.traskos@usdoj.gov<br>amanda.rocque@usdoj.gov |

| | |
|---|---|
| jeffreyjohnson@jonesday.com<br>klejnieks@jonesday.com | 303-454-0100 |
| | KATHERINE M. HO |
| David W. Ogden | Special Attorney to the Attorney General |
| Charles C. Speth | 400 West Washington Street, Suite 3100 |
| WILMER CUTLER PICKERING HALE AND DORR LLP | Orlando, FL 32801 |
| | katherine.ho@usdoj.gov |
| 1875 Pennsylvania Avenue NW | 407-648-7500 |
| Washington, DC 20006 | |
| Telephone: (202) 663-6000 | *Attorneys for the United States of America* |
| David.Ogden@wilmerhale.com | |
| Charles.Speth@wilmerhale.com | |

*Attorneys for Walmart Inc. and Wal-Mart Stores East, LP*

Dated: November 2, 2022

SO ORDERED this ___ day of _____ 2022

_____

Chief United States District Court Judge