## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WALMART, INC. and WAL-MART STORES EAST, LP,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 20-1744-CFC<br>)<br>)<br>)<br>)<br>)<br>) |

### <u>JOINT STIPULATION AND [PROPOSED] ORDER</u>

WHEREAS, in an October 11, 2022 Order, this Court set out a schedule for briefing Defendants' Motion to Dismiss the Amended Complaint in this matter (D.I. 77);

WHEREAS, on November 7, 2022, Defendants filed a Partial Motion to Dismiss the Amended Complaint (D.I. 83);

WHEREAS, under the current briefing schedule, the United States is to provide its Response to Defendants' Partial Motion to Dismiss on or before January 6, 2023;

WHEREAS, the United States has requested eleven additional days to respond to Defendants' Partial Motion to Dismiss to allow senior leadership

officials at the Department of Justice additional time to review the United States'
Response in light of the holidays and other Departmental commitments.

NOW, THEREFORE, IT IS STIPULATED AND AGREED, by and
between the parties, subject to the approval of the Court, that the schedule in the
Court's October 11, 2022 Order be modified as follows:

1. On or before January 17, 2023, the United States shall file its
Response to Defendants' Partial Motion to Dismiss.

2. On or before February 16, 2023, Defendants shall file their Reply
Brief in Support of Their Partial Motion to Dismiss.

<table>
<tr><td>

DAVID C. WEISS<br>
UNITED STATES ATTORNEY<br>
<br>
<i>/s/ Laura D. Hatcher</i><br>
LAURA D. HATCHER<br>
DYLAN J. STEINBERG<br>
Assistant United States Attorneys<br>
1313 N. Market Street<br>
Wilmington, DE 19899-2046<br>
(302) 573-6277<br>
laura.hatcher@usdoj.gov<br>
dylan.steinberg@usdoj.gov<br>

</td><td>

<i>/s/ Kelly E. Farnan</i><br>
Robert W. Whetzel (#2288)<br>
Kelly E. Farnan (#4395)<br>
Richards, Layton & Finger, P.A.<br>
920 North King Street<br>
Wilmington, Delaware 19801<br>
(302) 651-7700<br>
whetzel@rlf.com<br>
farnan@rlf.com<br>

</td></tr>
</table>

MICHAEL D. GRANSTON
Deputy Assistant Attorney General
Civil Division

AMANDA N. LISKAMM
Acting Director
*Admitted pro hac vice*
U.S. Department of Justice
Civil Division
Consumer Protection Branch
P.O. Box 386
Washington, D.C. 20044
amanda.liskamm@usdoj.gov
(202) 307-0090

OF COUNSEL:
Karen P. Hewitt
JONES DAY
4655 Executive Drive, Suite 1500
San Diego, CA 92121-3134
(858) 314-1200
kphewitt@jonesday.com

Jason S. Varnado
Andrew Junker
JONES DAY
717 Texas, Suite 3300
Houston, TX 77002-2172
(832) 239-3939
jvarnado@jonesday.com

William G. Laxton, Jr.
Yaakov M. Roth
Jeffrey R. Johnson
Kristen A. Lejnieks
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001.2113
(202) 879-3939
wglaxton@jonesday.com

SO ORDERED this _____ day of _____, 2023

_____
Honorable Colm F. Connolly
Chief United States District Judge