IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 20-1744-CFC |
| | ) |
| WALMART, INC. and WAL-MART | ) |
| STORES EAST, LP, | ) |
| | ) |
| Defendants. | ) |

**JOINT STIPULATION AND [PROPOSED] ORDER**

WHEREAS, in a September 20, 2022 Order, this Court authorized the United States of America to access "certain documents that Walmart has produced in the MDL Repository" (D.I. 69);

WHEREAS, the September 20, 2022 Order also provided that "[u]nless otherwise ordered by the Court at a future date, the United States of America may not access Walmart dispensing data, deposition transcripts, expert reports, or Walmart's written responses to formal discovery that Walmart has produced into the MDL Repository" (D.I. 69);

WHEREAS, the parties having met and conferred regarding the United States of America's request to access Walmart deposition transcripts;

NOW, THEREFORE, IT IS STIPULATED AND AGREED, by and between the parties, subject to the approval of the Court, that within ten days of the date of this Order, Walmart will provide the United States of America with the deposition transcripts and exhibits of Walmart fact witnesses that are available to claimants in the *In re National Prescription Opioid Litigation*, Case No. 17-MD-2804 (N.D. Ohio) ("MDL 2804"), which include the transcripts of current and former Walmart employees taken in that case, as well as in other cases that were produced to the MDL Claimants.

The remaining provisions in the September 20, 2022 Order (D.I. 69) remain unchanged.

| | |
|---|---|
| DAVID C. WEISS<br>UNITED STATES ATTORNEY<br><br>*/s/ Laura D. Hatcher*<br>LAURA D. HATCHER<br>DYLAN J. STEINBERG<br>Assistant United States Attorneys<br>1313 N. Market Street<br>Wilmington, DE 19899-2046<br>(302) 573-6277<br>laura.hatcher@usdoj.gov<br>dylan.steinberg@usdoj.gov | */s/ Kelly E. Farnan*<br>Robert W. Whetzel (#2288)<br>Kelly E. Farnan (#4395)<br>Richards, Layton & Finger, P.A.<br>920 North King Street<br>Wilmington, Delaware 19801<br>(302) 651-7700<br>whetzel@rlf.com<br>farnan@rlf.com |

| | |
|---|---|
| MICHAEL D. GRANSTON<br>Deputy Assistant Attorney General<br>Civil Division<br><br>AMANDA N. LISKAMM<br>Acting Director<br>*Admitted pro hac vice*<br>U.S. Department of Justice<br>Civil Division<br>Consumer Protection Branch<br>P.O. Box 386<br>Washington, D.C. 20044<br>amanda.liskamm@usdoj.gov<br>(202) 307-0090 | OF COUNSEL:<br>Karen P. Hewitt<br>JONES DAY<br>4655 Executive Drive, Suite 1500<br>San Diego, CA 92121-3134<br>(858) 314-1200<br>kphewitt@jonesday.com<br><br>Jason S. Varnado<br>Andrew Junker<br>JONES DAY<br>717 Texas, Suite 3300<br>Houston, TX 77002-2172<br>(832) 239-3939<br>jvarnado@jonesday.com<br><br>William G. Laxton, Jr.<br>Yaakov M. Roth<br>Jeffrey R. Johnson<br>Kristen A. Lejnieks<br>JONES DAY<br>51 Louisiana Avenue, N.W.<br>Washington, D.C. 20001.2113<br>(202) 879-3939<br>wglaxton@jonesday.com |

SO ORDERED this 13th day of January, 2023

_____
Honorable Colm F. Connolly
Chief United States District Judge