IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 20-1744-CFC |
| WALMART INC. *et al.*, | ) |
| Defendants. | ) |

# [PROPOSED] ORDER

AND NOW this _____ day of _____, 2023, upon consideration of Defendants' Partial Motion to Dismiss the Amended Complaint (D.I. 84) and Plaintiff's response, it is hereby ORDERED that Defendants' Motion is DENIED.

_____
Honorable Colm F. Connolly
Chief United States District Judge