# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) C.A. No. 20-1744-CFC |
| WALMART INC. AND WAL-MART STORES EAST, LP, | ) ) ) ) |
| Defendants. | ) ) |

## REQUEST FOR ORAL ARGUMENT

Pursuant to D. Del. L.R. 7.1.4, Defendants Walmart Inc. and Wal-Mart Stores East, LP, by and through its undersigned counsel, request oral argument on Defendants' Partial Motion to Dismiss (the "Motion" D.I. 83). Briefing is now complete on the Motion (D.I.s 84, 85, 93, 94).

OF COUNSEL:

Yaakov M. Roth
William G. Laxton, Jr.
Jeffrey R. Johnson
Kristen A. Lejnieks
Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
(202) 879-3939
yroth@jonesday.com
wglaxton@jonesday.com
jeffreyjohnson@jonesday.com
klejnieks@jonesday.com

/s/ Robert W. Whetzel
Robert W. Whetzel (#2288)
Kelly E. Farnan (#4395)
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
whetzel@rlf.com
farnan@rlf.com

*Attorneys for Defendants Walmart Inc. and Wal-Mart Stores East, LP*

Karen P. Hewitt
Jones Day
4655 Executive Drive, Suite 1500
San Diego, CA 92121-3134
(858) 314-1200
kphewitt@jonesday.com

Jason S. Varnado
Andrew J. Junker
Jones Day
717 Texas, Suite 3300
Houston, TX 77002-2172
(832) 239-3939
jvarnado@jonesday.com
ldurfee@jonesday.com
ajunker@jonesday.com

Laura Jane Durfee
Jones Day
325 John H. McConnell Boulevard
Suite 600
Columbus, Ohio 43215-2673
(614) 469-3939
ldurfee@jonesday.com

David W. Ogden
Charles C. Speth
Wilmer Cutler Pickering
Hale and Dorr LLP
2100 Pennsylvania Avenue, N.W.
Washington, DC 20006
(202) 663-6000
David.Ogden@wilmerhale.com
Charles.Speth@wilmerhale.com

Dated:  February 17, 2023