# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 20-1744-CFC |
| ) | |
| WALMART INC. AND WAL-MART ) | Jury Trial Demanded |
| STORES EAST, LP, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that the appearance of Jolie Apicella as counsel for the United States of America in the above-captioned case is hereby withdrawn. The United States continues to be represented by counsel at the Department of Justice and the United States Attorney's Offices.

Respectfully submitted,

DAVID C. WEISS
United States Attorney

BY: /s/ Dylan J. Steinberg
Dylan J. Steinberg
1313 N. Market Street
Wilmington, Delaware 19801
Dylan.Steinberg@usdoj.gov
(302) 225-9440
*Attorney for the United States of America*