# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WALMART INC. AND WAL-MART STORES EAST, LP,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 20-1744-CFC<br>)<br>)<br>)<br>)<br>)<br>) |

## RESPONSE TO NOTICE OF SUPPLEMENTAL AUTHORITY

In its Notice of Supplemental Authority (D.I. 102), the Government cites an agency order in *Morris & Dickson Co., LLC*, 88 Fed. Reg. 34,523 (May 30, 2023), revoking a distributor's Certificates of Registration under 21 U.S.C. § 824(a)(4) and 21 U.S.C. § 823(b), (e).  Nothing in that *revocation* decision bears on whether the Controlled Substances Act imposed *civil monetary penalties* for failing to report suspicious orders prior to October 2018.  (D.I. 94 at 15-17.)  Nor does this agency decision address whether the CSA imposes civil penalties based on a distributor's inadequate suspicious order monitoring system.  *Id.* at 18.  It therefore does not bear on Walmart's pending motion.

| | |
|---|---|
| OF COUNSEL: | */s/ Kelly E. Farnan* |
| | Robert W. Whetzel (#2288) |
| Yaakov M. Roth | Kelly E. Farnan (#4395) |
| William G. Laxton, Jr. | Richards, Layton & Finger, P.A. |
| Jeffrey R. Johnson | One Rodney Square |
| Kristen A. Lejnieks | 920 North King Street |
| JONES DAY | Wilmington, Delaware 19801 |
| 51 Louisiana Avenue, N.W. | (302) 651-7700 |
| Washington, D.C.  20001-2113 | whetzel@rlf.com |
| (202) 879-3939 | farnan@rlf.com |
| | |
| Karen P. Hewitt | |
| JONES DAY | *Attorneys for Walmart, Inc. and* |
| 4655 Executive Drive, Suite 1500 | *Wal-Mart Stores East, LP* |
| San Diego, CA 92121-3134 | |
| (858) 314-1200 | |

Jason S. Varnado
Andrew J. Junker
JONES DAY
717 Texas, Suite 3300
Houston, TX 77002-2172
(832) 239-3939

Laura Jane Durfee
JONES DAY
325 John H. McConnell Boulevard
Suite 600
Columbus, Ohio 43215-2673
(614) 469-3939

David W. Ogden
Charles C. Speth
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
(202) 663-6000

Dated:  June 7, 2023