# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 1:20-CV-01744-CFC |
| v. | ) | |
| | ) | |
| WALMART INC., ET AL. | ) | |
| | ) | |
| Defendants. | ) | |

Please enter the appearance of Andrew Kasper, Special Attorney to the Attorney General, as co-counsel for Plaintiff, the United States of America, in the above-captioned case. Copies of all correspondence and pleadings should be sent to the undersigned at the below address.

Respectfully submitted, this 9th day of January, 2024.

MICHAEL F. EASLEY, JR.
United States Attorney

BY:   /s/ *Andrew Kasper*
ANDREW KASPER
Assistant United States Attorney
Civil Division
150 Fayetteville Street
Suite 2100
Raleigh, NC 27601
Telephone: (919) 856-4530
Email: Andrew.Kasper@usdoj.gov
N.C. Bar No.: 44515

*Attorney for United States of America*

<u>CERTIFICATE OF SERVICE</u>

I do hereby certify that I have this 9th day of January, 2024, served a copy of the foregoing Notice via the court's electronic filing system (ECF) and/or by placing a copy of the same in the U.S. Mail, addressed as follows:

| | | |
|---|---|---|
| Kelly E. Farnan<br>Richards, Layton & Finger, PA<br>One Rodney Square<br>Suite 600<br>920 N. King Street<br>Wilmington, DE 19801<br>Email: farnan@rlf.com | Robert W. Whetzel<br>Richards, Layton & Finger, PA<br>One Rodney Square<br>Suite 600<br>920 N. King Street<br>Wilmington, DE 19801<br>Email: whetzel@rlf.com | Andrew J. Junker<br>Email: ajunker@jonesday.com<br><br>David W. Ogden<br>Email: david.ogden@wilmerhale.com<br><br>Jacob Ruth<br>Email: yroth@jonesday.com |
| Jason S. Varnado<br>Email: jvarnado@jonesday.com | Karen P. Hewitt<br>Email: kphewitt@jonesday.com | Kristen A. Lejnieks<br>Email: kalejnieks@jonesday.com |
| Lauren Jane Durfee<br>Email: ldurfee@jonesday.com | Michael A. Carvin<br>Email: macarvin@jonesday.com | William G. Laxton, Jr.<br>Email: wglaxton@jonesday.com |
| Christopher Kelly<br>Wiley Rein LLP<br>2050 M Street, N.W.<br>Washington, D.C. 20036<br>Email: ckelly@wiley.law | Thomas Brad Davey<br>Potter Anderson & Corroon, LLP<br>1313 N. Market St.,<br>Hercules Plaza, 6th Floor<br>P.O. Box 951<br>Wilmington, DE 19899<br>Email: bdavey@potteranderson.com | Thomas A. Uebler<br>McCollom D'Emilio Smith Uebler LLC<br>Little Falls Centre Two<br>2751 Centerville Road, STE 401<br>Wilmington, DE<br>Email: tuebler@mdsulaw.com |

BY:    _/s/ Andrew Kasper_
ANDREW KASPER
Assistant United States Attorney
Civil Division
150 Fayetteville Street
Suite 2100
Raleigh, NC 27601
Telephone: (919) 856-4530
Email: Andrew.Kasper@usdoj.gov
N.C. Bar No.: 44515

_Attorney for United States of America_