# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 1:20-CV-01744-CFC |
| v. ) | |
| ) | |
| WALMART INC., ET AL. ) | |
| ) | |
| Defendants. ) | |

Please enter the appearance of Andrew Kasper, Special Attorney to the Attorney General, as co-counsel for Plaintiff, the United States of America, in the above-captioned case. Copies of all correspondence and pleadings should be sent to the undersigned at the below address.

Respectfully submitted, this 9th day of January, 2024.

                                          MICHAEL F. EASLEY, JR.
                                          United States Attorney

                                        By: /s/ C. Michael Anderson
                                        C. MICHAEL ANDERSON
                                        Attorney for Plaintiff
                                        Assistant United States Attorney
                                        150 Fayetteville Street, Suite 2100
                                        Raleigh, NC 27601
                                        Telephone: (919) 856-4619
                                        Facsimile: (919) 856-4821
                                        N.C. Bar Number: 42646
                                        michael.anderson7@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I do hereby certify that I have this 9th day of January, 2024, served a copy of the foregoing Notice via the court's electronic filing system (ECF) and/or by placing a copy of the same in the U.S. Mail, addressed as follows:

| | | |
|---|---|---|
| Kelly E. Farnan<br>Richards, Layton & Finger, PA<br>One Rodney Square<br>Suite 600<br>920 N. King Street<br>Wilmington, DE 19801<br>Email: farnan@rlf.com | Robert W. Whetzel<br>Richards, Layton & Finger, PA<br>One Rodney Square<br>Suite 600<br>920 N. King Street<br>Wilmington, DE 19801<br>Email: whetzel@rlf.com | Andrew J. Junker<br>Email: ajunker@jonesday.com<br><br>David W. Ogden<br>Email: david.ogden@wilmerhale.com<br><br>Jacob Ruth<br>Email: yroth@jonesday.com |
| Jason S. Varnado<br>Email: jvarnado@jonesday.com | Karen P. Hewitt<br>Email: kphewitt@jonesday.com | Kristen A. Lejnieks<br>Email: kalejnieks@jonesday.com |
| Lauren Jane Durfee<br>Email: ldurfee@jonesday.com | Michael A. Carvin<br>Email: macarvin@jonesday.com | William G. Laxton, Jr.<br>Email: wglaxton@jonesday.com |
| Christopher Kelly<br>Wiley Rein LLP<br>2050 M Street, N.W.<br>Washington, D.C. 20036<br>Email: ckelly@wiley.law | Thomas Brad Davey<br>Potter Anderson & Corroon, LLP<br>1313 N. Market St., Hercules Plaza, 6th Floor<br>P.O. Box 951<br>Wilmington, DE 19899<br>Email: bdavey@potteranderson.com | Thomas A. Uebler<br>McCollom D'Emilio Smith Uebler LLC<br>Little Falls Centre Two<br>2751 Centerville Road, STE 401<br>Wilmington, DE<br>Email: tuebler@mdsulaw.com |

By: /s/ C. Michael Anderson
C. MICHAEL ANDERSON
Attorney for Plaintiff
Assistant United States Attorney
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
Telephone: (919) 856-4619
Facsimile: (919) 856-4821
N.C. Bar Number: 42646
michael.anderson7@usdoj.gov

*Attorney for United States of America*