# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WALMART INC. AND WAL-MART )<br>STORES EAST, LP, )<br>)<br>Defendants. ) | C.A. No. 20-1744-CFC |

## ENTRY OF APPEARANCE

Please enter the appearance of Shamoor Anis, Assistant United States Attorney for the District of Delaware, as co-counsel for Plaintiff, the United States of America, in the above-captioned case.

    Respectfully submitted,

    DAVID C. WEISS
    United States Attorney

BY: */s/ Shamoor Anis*
    Shamoor Anis
    Assistant United States Attorney
    1313 N. Market Street
    P.O. Box 2046
    Wilmington, Delaware 19899-2046
    Telephone 302-225-9414
    Shamoor.Anis@usdoj.gov

Dated: January 10, 2024