# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) C.A. No. 20-1744-CFC |
| WALMART INC. AND WAL-MART STORES EAST, LP, | ) ) ) |
| Defendants. | ) ) ) |

## [PROPOSED] ORDER

WHEREAS, Defendants Walmart Inc. and Wal-Mart Stores East, LP having moved the Court to dismiss portions of the Second Amended Complaint (D.I. 109) with prejudice pursuant to Fed. R. Civ. P. 12(b)(6) (the "Motion").

WHEREAS, the Court having considered the Motion,

IT IS HEREBY ORDERED this ____ day of _____, 2024, that the Motion is **GRANTED.**  Counts II, III, and IV of the Second Amended Complaint are dismissed in their entirety with prejudice.

_____
CHIEF UNITED STATES DISTRICT JUDGE

RLF1 30524759v.1