IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 20-1744-CFC |
| | ) |
| WALMART INC. and | ) |
| WAL-MART STORES EAST, LP, | ) |
| | ) |
| Defendants. | ) |

### [PROPOSED] ORDER

Upon consideration of the Motion of the National Association of Boards of Pharmacy ("NABP") for Leave to File *Amicus Curiae* Brief in Support of the United States (the "Motion"), IT IS HEREBY ORDERED that the Motion is **DENIED** ~~GRANTED~~ and the Brief of the National Association of Boards of Pharmacy as *Amicus Curiae* Support of the United States, attached as Exhibit A to the Motion, shall be entered on the docket.

Dated: 3.8.24

_____
THE HONORABLE COLM F. CONNOLLY
UNITED STATES DISTRICT JUDGE

{MDSUW0193251.}