IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Civil Action No. 20-1744-CFC |
| WALMART INC., and WAL-MART STORES EAST, LP, | |
| Defendants. | |

## ORDER

At Wilmington on this Eleventh day of March in 2024:

For the reasons set forth in the Memorandum issued this day, **IT IS HEREBY ORDERED** that

1. Defendants' Motion to Dismiss (D.I. 110) is **GRANTED IN PART** and **DENIED IN PART**.

2. The Motion is **DENIED** insofar as it seeks the dismissal of Count II;

3. The Motion is **GRANTED** insofar as it seeks dismissal of Counts III and IV;

4. Counts III and IV are **DISMISSED**.

_____
CHIEF JUDGE