IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>        v.<br><br>WALMART INC. AND WAL-MART STORES EAST, LP,<br><br>           Defendants. | C.A. No. 20-cv-1744-CFC |

**SUBSTITUTION OF COUNSEL**

**PLEASE** enter the appearance of Elizabeth F. Vieyra, Assistant United States Attorney for the District of Delaware, as co-counsel in the above-captioned case and remove Shamoor Anis, Assistant United States Attorney for the District of Delaware.

           Respectfully submitted,

           DAVID C. WEISS
           United States Attorney

BY:    */s/ Elizabeth F. Vieyra*
        Elizabeth F. Vieyra
        Assistant United States Attorney
        1313 N. Market Street
        P.O. Box 2046
        Wilmington, Delaware 19899-2046
        Telephone 302-573-6277
        Elizabeth.Vieyra@usdoj.gov

Dated: April 5, 2024