# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WALMART INC. AND WAL-MART ) <br> STORES EAST, LP, ) <br> ) <br> Defendants. ) | C.A. No. 20-1744-CFC |

## ENTRY OF APPEARANCE

Please enter the appearance of Kimberly R. Stephens, as co-counsel for Plaintiff, the United States of America, in the above-captioned case.

                                          Respectfully submitted,

                                          DAVID C. WEISS
                                          United States Attorney

BY:    */s/ Kimberly R. Stephens*
           KIMBERLY R. STEPHENS
           U.S. Department of Justice
           Civil Division
           Liberty Square Building
           450 5th Street, N.W., Room 6006
           Washington, D.C.  20001
           (202) 305-0033
           Kimberly.R.Stephens@usdoj.gov