# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) No. 1:20-cv-1744-CFC |
| WALMART INC. AND WAL-MART STORES EAST, LP, | ) |
| | ) |
| Defendants. | ) |

## ENTRY OF APPEARANCE

Please enter the appearance of Rachael L. Doud, as co-counsel for Plaintiff, the United States of America, in the above-captioned case

          Respectfully submitted,

          AMANDA N. LISKAMM
          Director
          United States Department of Justice
          Consumer Protection Branch

BY:    */s/ Rachael L. Doud*
          RACHAEL L. DOUD
          Assistant Director
          Consumer Protection Branch
          U.S. Department of Justice
          450 5th Street, N.W., Room 5303
          Washington, D.C. 20001
          (202) 305-4499
          Rachael.Doud@usdoj.gov