IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>WALMART INC. AND WAL-MART STORES EAST, LP,<br><br>　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)　C.A. No. 20-cv-1744-CFC<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF SERVICE OF SUBPOENAS**

　　PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 45, plaintiff the United States of America will cause subpoenas to produce documents to be served upon the entities listed below.

**Subpoena Recipients:**

1. Florida Board of Medicine
   Florida Department of Health
   4052 Bald Cypress Way, Bin C-03
   Tallahassee, FL 32399-3253

2. Kentucky Board of Medical Licensure
   310 Whittington Parkway, Suite 1B
   Louisville, KY 40222

3. Tennessee Board of Medical Examiners
   Tennessee Department of Health
   710 James Robertson Parkway
   Nashville, TN 37243

4. West Virginia Board of Medicine
   101 Dee Drive, Suite 103
   Charleston, WV 25311

   5.   West Virginia Board of Osteopathic Medicine
        405 Capitol Street, Suite 402
        Charleston, WV 25301

On May 8, 2024, the United States served the foregoing subpoenas via email on counsel for defendants Walmart Inc. and Wal-Mart Stores East, LP listed below.

**Counsel for Defendants:**

Robert W. Whetzel
Kelly E. Farnan
Richards, Layton & Finger, P.A.
920 North King Street
Wilmington, DE 19801
Email: whetzel@rlf.com
Email: farnan@rlf.com

Yaakov M. Roth
William G. Laxton, Jr.
Jeffrey R. Johnson
Kristen A. Lejnieks
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001-2113
Email: yroth@jonesday.com
Email: wglaxton@jonesday.com
Email: jeffreyjohnson@jonesday.com
Email: kalejnieks@jonesday.com

Karen P. Hewitt
JONES DAY
4655 Executive Drive, Suite 1500
San Diego, CA 92121-3134
Email: kphewitt@jonesday.com

Jason S. Varnado
Andrew J. Junker
JONES DAY
717 Texas, Suite 3300
Houston, TX 77002-2172
Email: jvarnado@jonesday.com
Email: ajunker@jonesday.com

Laura Jane Durfee
JONES DAY
325 John H. McConnell Boulevard, Suite 600
Columbus, OH 43215-2673
Email: ldurfee@jonesday.com

David W. Ogden
Charles C. Speth
WILMER CUTLER PICKERING HALE AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20006
Email: david.ogden@wilmerhale.com
Email: charles.speth@wilmerhale.com

                      Respectfully submitted,

                      DAVID C. WEISS
                      United States Attorney

BY: */s/ Elizabeth F. Vieyra*
      Elizabeth F. Vieyra
      Assistant United States Attorney
      1313 N. Market Street
      P.O. Box 2046
      Wilmington, Delaware 19899-2046
      302-573-6277
      Elizabeth.Vieyra@usdoj.gov

Dated:  May 8, 2024