# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WALMART INC. AND WAL-MART )<br>STORES EAST, LP, )<br>)<br>Defendants. ) | C.A. No. 20-1744-CFC |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on May 8, 2024, true and correct copies of Defendants' Second Set of Requests for Production to Plaintiff were caused to be served on the following counsel as indicated:

**BY ELECTRONIC MAIL**
David C. Weiss
United States Attorney
Dylan Steinberg
Elizabeth F. Vieyra
Assistant United States Attorney
U.S. Attorney's Office
Hercules Building
1313 N. Market Street
Wilmington, DE 19801

**BY ELECTRONIC MAIL**
Amanda N. Liskamm
Rachael L. Doud
Joshua Fowkes
Kathleen B. Brunson
Katherine M. Ho
Kimberly R. Stephens
U.S. Department of Justice
Civil Division
Consumer Protection Branch
P.O. Box 386
Washington, DC 20044

**BY ELECTRONIC MAIL**
Lindsay Sax Griffin
Carolyn B. Tapie
USDOJ - Middle District of Florida
400 North Tampa Street, Suite 3200
Tampa, FL 33602

**BY ELECTRONIC MAIL**
Amanda A. Rocque
Jasand P. Mock
USDOJ - District of Colorado
1801 California Street, Suite 1600
Denver, CO 80202

| | |
|---|---|
| **BY ELECTRONIC MAIL** | **BY ELECTRONIC MAIL** |
| C. Michael Anderson | Elliot M. Schachner |
| Andrew Kasper | Megan Freismuth |
| USDOJ - Eastern District of North Carolina | USDOJ - Eastern District of New York |
| 150 Fayetteville Street, Suite 2100 | U.S. Attorney's Office |
| Raleigh, NC 27601 | Eastern District of NY |
| | 271 Cadman Plaza East |
| | 7th Floor |
| | Brooklyn, NY 11201 |

OF COUNSEL:

Yaakov M. Roth
William G. Laxton, Jr.
Jeffrey R. Johnson
Kristen A. Lejnieks
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113

Karen P. Hewitt
JONES DAY
4655 Executive Drive, Suite 1500
San Diego, CA 92121-3134

Jason S. Varnado
Andrew J. Junker
JONES DAY
717 Texas, Suite 3300
Houston, TX 77002-2172

Laura Jane Durfee
JONES DAY
325 John H. McConnell Blvd., Ste.600
Columbus, OH 43215-2673

*/s/ Kelly E. Farnan*
Robert W. Whetzel (#2288)
Kelly E. Farnan (#4395)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
whetzel@rlf.com
farnan@rlf.com

*Attorneys for Defendants Walmart Inc. and Wal-Mart Stores East, LP*

David W. Ogden
Charles C. Speth
WILMER CUTLER PICKERING
    HALE AND DOOR LLP
1875 Pennsylvania Avenue NW
Washington, D.C. 20006

Dated:  May 8, 2024