IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                          )<br>            Plaintiff,                         )<br>                                                          )<br>    v.                                               )     C.A. No. 20-1744-CFC<br>                                                          )<br>WALMART INC. AND WAL-MART STORES )<br>EAST, LP,                                         )<br>                                                          )<br>            Defendants.                       ) | |

## NOTICE OF SERVICE

I, Katherine M. Ho, hereby certify that on June 28, 2024, a true and correct copy of

**Plaintiff United States of America's Response to Defendants' Second Set of Requests for Production** was caused to be served via electronic mail on the following:

Robert W. Whetzel (#2288)
Kelly E. Farnan (#4395)
Richards, Layton & Finger, P.A.
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700
whetzel@rlf.com
farnan@rlf.com

Yaakov M. Roth
William G. Laxton, Jr.
Jeffrey R. Johnson
Kristen A. Lejnieks
Jones Day
51 Louisiana Avenue, N.W.
Washington, DC 20001-2113
yroth@jonesday.com
wglaxton@jonesday.com

Karen P. Hewitt
Jones Day
4655 Executive Drive, Suite 1500
San Diego, CA 92121-3134
kphewitt@jonesday.com

Jason S. Varnado
Andrew J. Junker
Jones Day
717 Texas, Suite 3300
Houston, TX 77002-2172
jvarnado@jonesday.com
ajunker@jonesday.com

Laura Jane Durfee
Jones Day
325 John H. McConnell Boulevard
Suite 600
Columbus, OH 43215-2673
ldurfee@jonesday.com

1

David W. Ogden
Charles C. Speth
Wilmer Cutler Pickering
Hale and Dorr LLO
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006

/// 

                           AMANDA N. LISKAMM
                           *Director*

By:    */s/ Katherine M. Ho*
        Katherine M. Ho
        *Trial Attorney*
        U.S. Department of Justice
        Civil Division
        Consumer Protection Branch
        P.O. Box 386
        Washington, DC 20044
        katherine.ho@usdoj.gov
        202-353-7835