IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )  C.A. No. 20-1744-CFC<br>)<br>WALMART INC. AND WAL-MART )<br>STORES EAST, LP, )<br>)<br>Defendants. ) | |

## NOTICE OF SERVICE OF SUBPOENAS

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 45, Defendants Walmart Inc. and Wal-Mart Stores East, LP will cause subpoenas to produce documents to be served upon the entities listed below.

**Subpoena Recipients:**

1. American Academy of Family Physicians
   11400 Tomahawk Creek Parkway
   Leawood, KS 66211

2. American Academy of Pain Medicine
   10440 Little Patuxent Parkway, Suite 300
   Columbia, MD 21044

3. Accreditation Council for Pharmacy Education
   190 S. LaSalle Street, Suite 3000
   Chicago, IL 60603

4. American Medical Association
   330 N. Wabash Avenue, Suite 39300
   Chicago, IL 60611

5. American Osteopathic Association
   142 E. Ontario Street
   Chicago, IL 60611

6.  Chronic Pain Research Alliance / The TMJ Association, Ltd.
    13625 Bishops Drive, Suite 101
    Brookfield, WI 53005

7.  Federation of State Medical Boards
    1775 Eye Street NW, Suite 410
    Washington, DC 20006

8.  National Association of Boards of Pharmacy
    1600 Feehanville Drive
    Mount Prospect, IL 60056

9.  National Pain Advocacy Center
    c/o Julie Reiskin
    3645 N Milwaukee Street
    Denver, CO 80205

On July 26, 2024, Defendants Walmart Inc. and Wal-Mart Stores East, LP served the foregoing subpoenas via e-mail on counsel for the United States, listed below.

**Counsel for Plaintiff:**

Dylan Steinberg
Elizabeth F. Vieyra
U.S. Attorney's Office
Hercules Building
1313 N. Market Street
Wilmington, DE 19801
(302) 573-6277
Dylan.Steinberg@usdoj.gov
Elizabeth.Vieyra@usdoj.gov

Amanda N. Liskamm
Rachael Doud
Kathleen G. Brunson
Katherine M. Ho
Kimberly R. Stephens
Adam E. Lyons
Joshua Fowkes
Amy P. Kaplan
U.S. Department of Justice, Civil Division
Consumer Protection Branch
P.O. Box 386
Washington, DC 20044
(202) 353-7835
Amanda.Liskamm@usdoj.gov
Rachael.L.Doud@usdoj.gov
Kathleen.G.Brunson@usdoj.gov
Katherine.Ho@usdoj.gov
Kimberly.R.Stephens@usdoj.gov
Adam.E.Lyons@usdoj.gov
Joshua.A.Fowkes@usdoj.gov
Amy.P.Kaplan@usdoj.gov

Lindsay Saxe Griffin
Carolyn B. Tapie
USDOJ – Middle District of Florida
400 North Tampa Street, Suite 3200
Tampa, FL 33602
(813) 274-6000
Carolyn.B.Tapie@usdoj.gov
Lindsay.Griffin@usdoj.gov

Elliot M. Schachner
Megan Freismuth
USDOJ – Eastern District of New York
271 Cadman Plaza East
Brooklyn, NY 11201
(718) 254-7000
Elliot.schachner@usdoj.gov
Megan.Freismuth@usdoj.gov

<div style="display: flex;">

C. Michael Anderson
Andrew Kasper
USDOJ – Eastern District of North Carolina
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
(919) 856-4619
Michael.anderson7@usdoj.gov
Andrew.Kasper@usdoj.gov


OF COUNSEL:

Yaakov M. Roth
William G. Laxton, Jr.
Jeffrey R. Johnson
Kristen A. Lejnieks
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113

Karen P. Hewitt
JONES DAY
4655 Executive Drive, Suite 1500
San Diego, CA 92121-3134

Jason S. Varnado
Andrew J. Junker
JONES DAY
717 Texas, Suite 3300
Houston, TX 77001-2172

Laura Jane Durfee
JONES DAY
325 John H. McConnell Blvd.
Suite 600
Columbus, OH 43215-2673

Amanda A. Rocque
Jasand P. Mock
USDOJ – District of Colorado
1801 California Street, Suite 1600
Denver, CO 80202
(303) 454-0100
Amanda.Rocque@usdoj.gov
Jasand.Mock@usdoj.gov


*/s/ Kelly E. Farnan*
Robert W. Whetzel (#2288)
Kelly E. Farnan (#4395)
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
whetzel@rlf.com
farnan@rlf.com

*Attorneys for Defendants Walmart Inc. and Wal-Mart Stores East, LP*

</div>

4

David W. Ogden
Charles C. Speth
WILLIAM CUTLER PICKERING
HALE AND DOOR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006

Dated: July 26, 2024