**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 20-1744-CFC |
| | ) | |
| WALMART INC. AND WAL-MART STORES EAST, LP, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF SERVICE**

I, Katherine M. Ho, hereby certify that on August 20, 2024, Plaintiff United States of

America served true and correct copies of the **United States of America's First Set of Requests**

**for Production** via electronic mail on the following:

Robert W. Whetzel (#2288)
Kelly E. Farnan (#4395)
Richards, Layton & Finger, P.A.
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700
whetzel@rlf.com
farnan@rlf.com

Yaakov M. Roth
William G. Laxton, Jr.
Jones Day
51 Louisiana Avenue, N.W.
Washington, DC 20001-2113
yroth@jonesday.com
wglaxton@jonesday.com

Karen P. Hewitt
Jones Day
4655 Executive Drive, Suite 1500
San Diego, CA 92121-3134
kphewitt@jonesday.com

Jason S. Varnado
Andrew J. Junker
Jones Day
717 Texas, Suite 3300
Houston, TX 77002-2172
jvarnado@jonesday.com
ajunker@jonesday.com

Laura Jane Durfee
Jones Day
325 John H. McConnell Boulevard
Suite 600
Columbus, OH 43215-2673
ldurfee@jonesday.com

David W. Ogden
Charles C. Speth
Wilmer Cutler Pickering
Hale and Dorr LLO
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006
david.ogden@wilmerhale.com
charles.speth@wilmerhale.com

James W. Carlson
Jones Day
500 Grant Street, Suite 4500
Pittsburgh, PA 15219-2514
jamescarlson@jonesday.com

Dated:  August 20, 2024

///

AMANDA N. LISKAMM
*Director*

By:  */s/ Katherine M. Ho*
      Katherine M. Ho
      *Trial Attorney*
      U.S. Department of Justice
      Civil Division
      Consumer Protection Branch
      P.O. Box 386
      Washington, DC 20044
      katherine.ho@usdoj.gov
      202-353-7835