# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>　　　Plaintiff,　　　　　　　　　)<br>  )<br>v.　　　　　　　　　　　　　　　)<br>  )<br>WALMART INC. AND WAL-MART　)<br>STORES EAST, LP,　　　　　　　)<br>  )<br>　　　Defendants.　　　　　　　)  | C.A. No. 20-1744-CFC |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of James W. Carlson of Jones Day, 500 Grant Street, Suite 4500, Pittsburgh, Pennsylvania 15219 to represent Defendants Walmart Inc. and Wal-Mart Stores East, LP in this matter.

　　　　　　　　　　　　　　　　　　　　　　/s/ Kelly E. Farnan
　　　　　　　　　　　　　　　　　　　　　　Robert W. Whetzel (#2288)
　　　　　　　　　　　　　　　　　　　　　　Kelly E. Farnan (#4395)
　　　　　　　　　　　　　　　　　　　　　　Richards, Layton & Finger, P.A.
　　　　　　　　　　　　　　　　　　　　　　One Rodney Square
　　　　　　　　　　　　　　　　　　　　　　920 N. King Street
　　　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　　　　　(302) 651-7700
　　　　　　　　　　　　　　　　　　　　　　whetzel@rlf.com
　　　　　　　　　　　　　　　　　　　　　　farnan@rlf.com

Dated: August 22, 2024
　　　　　　　　　　　　　　　　　　　　　　*Attorney for Defendants Walmart Inc.*
　　　　　　　　　　　　　　　　　　　　　　*and Wal-Mart Stores East, LP*

## ORDER GRANTING MOTION

      IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated: _____                    _____
                                                                                   Chief United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the Commonwealth of Pennsylvania and the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order: Annual Registration Fee / Pro Hac Vice Fee, I further certify that the annual fee of $50.00 will be submitted to the Clerk's Office upon the filing of this motion.

*/s/ James W. Carlson*
James W. Carlson
Jones Day
500 Grant Street, Suite 4500
Pittsburgh, PA 15219-2514
jamescarlson@jonesday.com

Dated:  August 22, 2024