# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 20-1744-CFC-EGT |
| WALMART INC. AND WAL-MART STORES EAST, LP, | ) |
| Defendants. | ) |

## NOTICE OF WITHDRAWAL

Pursuant to Local Rule 83.7, the appearance of Kristen A. Lejnieks is hereby withdrawn as counsel for Defendants Walmart Inc. and Wal-Mart Stores East, LP in the above-captioned action. Defendants will continue to be represented by the law firms of Jones Day, Wilmer Cutler Pickering Hale and Dorr LLP and Richards, Layton & Finger, P.A.

OF COUNSEL:

Yaakov M. Roth
William G. Laxton, Jr.
Jeffrey R. Johnson
Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113

Karen P. Hewitt
Jones Day
4655 Executive Drive, Suite 1500
San Diego, CA 92121-3134

/s/ Kelly E. Farnan
Robert W. Whetzel (#2288)
Kelly E. Farnan (#4395)
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE
(302) 651-7700
whetzel@rlf.com
farnan@rlf.com

*Attorneys for Defendants Walmart, Inc. and Wal-Mart Stores East, LP*

RLF1 31427235v.1

Jason S. Varnado
Andrew J. Junker
Jones Day
717 Texas, Suite 3300
Houston, TX 77002-2172

Laura Jane Durfee
Jones Day
325 John H. McConnell Boulevard
Suite 600
Columbus, Ohio 43215-2673

James W. Carlson
JONES DAY
500 Grant Street, Suite 4500
Pittsburgh, PA 15219-2514

David W. Ogden
Charles C. Speth
Wilmer Cutler Pickering
Hale and Dorr LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006


 Dated:  September 3, 2024