

Kelly E. Farnan
302-651-7705
Farnan@RLF.com

September 9, 2024

**VIA CM/ECF**
The Honorable Eleanor G. Tennyson
United States District Court
  for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801-3555

      Re:   *United States of America v. Walmart Inc., et al.*,
             C.A. No. 20-1744-CFC-EGT

Dear Judge Tennyson,

      Pursuant to the Court's August 28, 2024 Oral Order, D.I. 141, I write to inform the Court that the parties met and conferred by Microsoft Teams on September 4, 2024 for approximately 45 minutes regarding the three discovery disputes that are the subject of Walmart's August 27, 2024 Motion for Teleconference, D.I. 140. The following attorneys participated in the meet-and-confer:

      Plaintiff's Counsel
      Elizabeth Vieyra
      Katherine Ho
      Kate Brunson
      Kim Stephens

      Defendants' Counsel
      Kelly Farnan
      Jason Varnado
      William Laxton, Jr.
      James Carlson
      Andrew Junker

      The parties have met and conferred on a variety of issues eight times since the United States served its written responses on May 31, 2024, including on a weekly basis throughout July and August. Despite their best efforts, the parties remain at impasse with respect to the three disputes raised in D.I. 140.

                                                       Respectfully,

                                                          */s/ Kelly E. Farnan*

                                                          Kelly E. Farnan (#4395)

cc: Counsel of Record (By ECF)