# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WALMART INC. AND WAL-MART STORES EAST, LP,<br><br>Defendants. | C.A. No. 20-1744-CFC<br><br>Jury Trial Demanded |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that the appearance of Rachael L. Doud as counsel for the United States of America in the above-captioned case is hereby withdrawn. The United States continues to be represented by counsel at the Department of Justice and the United States Attorney's Offices.

Respectfully submitted,

DAVID C. WEISS
United States Attorney

BY: /s/ Elizabeth F. Vieyra
Elizabeth F. Vieyra
1313 N. Market Street
Wilmington, Delaware 19801
elizabeth.vieyra@usdoj.gov
(302) 225-9440
*Attorney for the United States of America*