| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See "Instructions for Service of Process by U.S. Marshal" |
|---|---|
| PLAINTIFF<br>UNITED STATES OF AMERICA, | COURT CASE NUMBER<br>20-cv-1744-CFC |
| DEFENDANT<br>WALMART INC. AND WAL-MART STORES EAST, LP, | TYPE OF PROCESS<br>SUBPOENA SERVICE |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Custodian of Records, Florida Board of Medicine, Florida Department of Health
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
4052 Bald Cypress Way, Tallahassee, FL 32399-3253

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Elizabeth Vieyra, U.S Attorney's Office
1313 N. Market St., Suite 400, P.O. Box 2046
Wilmington, DE 19899-2046  elizabeth.vieyra@usdoj.gov

| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | N/A |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):
Please serve subpoena w/ cover letter; Can serve Wanda Range or John Wilson. 8:00 a.m. to 5:00 p.m. Tel: (850) 245-4131.

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT
ELIZABETH VIEYRA  Digitally signed by ELIZABETH VIEYRA  Date: 2024.09.09 16:47:12 -04'00'
TELEPHONE NUMBER: (302) 573-6148
DATE: 9/9/2024

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. 17 | Signature of Authorized USMS Deputy or Clerk | Date 9/10/24 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
Wanda Range

Date: 9/11/24    Time: 10:45  ☒ am  ☐ pm

Address (complete only different than shown above)

Signature of U.S. Marshal or Deputy

Costs shown on attached USMS Cost Sheet >>

REMARKS

1 Dusm @ $65/hr  -  $65
7 miles @ $0.67/mile  -  $4.69

Form USM-285
Rev. 01/21

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 20-cv-1744-CFC

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* __Wanda Range__
on *(date)* __9/10/24__.

☑ I served the subpoena by delivering a copy to the named person as follows: __Wanda Range__

on *(date)* __9/11/24__ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ __4.64__ for travel and $ __65__ for services, for a total of $ __69.64__ ~~0.00~~ .

I declare under penalty of perjury that this information is true.

Date: __9/11/24__

_____
*Server's signature*

__Sean Favero   DUSM__
*Printed name and title*

__111 N Adams ST  Tallahassee, FL 32301__
*Server's address*

Additional information regarding attempted service, etc.: