# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) C.A. No. 20-1744-CFC-EGT ) |
| WALMART INC. AND WAL-MART STORES EAST, LP, | ) ) ) |
| Defendants. | ) ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on October 10, 2024, true and correct copies of Walmart Inc. and Wal-Mart Stores East, LP's Objections and Responses to Plaintiff's First Set of Requests for Production were caused to be served on the following counsel as indicated:

| **BY ELECTRONIC MAIL** | **BY ELECTRONIC MAIL** |
|---|---|
| David C. Weiss | Amanda N. Liskamm |
| United States Attorney | Rachael L. Doud |
| Dylan Steinberg | Joshua Fowkes |
| Elizabeth F. Vieyra | Kathleen B. Brunson |
| Assistant United States Attorney | Katherine M. Ho |
| U.S. Attorney's Office | Kimberly R. Stephens |
| Hercules Building | U.S. Department of Justice |
| 1313 N. Market Street | Civil Division |
| Wilmington, DE 19801 | Consumer Protection Branch |
| | P.O. Box 386 |
| | Washington, DC 20044 |

**BY ELECTRONIC MAIL**
Lindsay Sax Griffin
Carolyn B. Tapie
USDOJ - Middle District of Florida
400 North Tampa Street, Suite 3200
Tampa, FL 33602

**BY ELECTRONIC MAIL**
Amanda A. Rocque
Jasand P. Mock
USDOJ - District of Colorado
1801 California Street, Suite 1600
Denver, CO 80202

**BY ELECTRONIC MAIL**
C. Michael Anderson
Andrew Kasper
USDOJ - Eastern District of North Carolina
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601

**BY ELECTRONIC MAIL**
Elliot M. Schachner
Megan Freismuth
USDOJ - Eastern District of New York
U.S. Attorney's Office
Eastern District of NY
271 Cadman Plaza East
7th Floor
Brooklyn, NY 11201

OF COUNSEL:

Yaakov M. Roth
William G. Laxton, Jr.
Jeffrey R. Johnson
Kristen A. Lejnieks
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113

Karen P. Hewitt
JONES DAY
4655 Executive Drive, Suite 1500
San Diego, CA 92121-3134

Jason S. Varnado
Andrew J. Junker
JONES DAY
717 Texas, Suite 3300
Houston, TX 77002-2172

*/s/ Kelly E. Farnan*
Robert W. Whetzel (#2288)
Kelly E. Farnan (#4395)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
whetzel@rlf.com
farnan@rlf.com

*Attorneys for Defendants Walmart Inc. and Wal-Mart Stores East, LP*

Laura Jane Durfee
JONES DAY
325 John H. McConnell Blvd., Ste.600
Columbus, OH 43215-2673

James W. Carlson
JONES DAY
500 Grant Street, Suite 4500
Pittsburgh, PA 15219-2172

David W. Ogden
Charles C. Speth
WILMER CUTLER PICKERING
   HALE AND DOOR LLP
1875 Pennsylvania Avenue NW
Washington, D.C. 20006

Dated:  October 10, 2024