IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) )  C.A. No. 20-1744-CFC |
| WALMART INC. AND WAL-MART STORES EAST, LP, | ) ) ) ) |
| Defendants. | ) |

## NOTICE OF SERVICE

I, Katherine M. Ho, hereby certify that on October 22, 2024, a true and correct copy of **Plaintiff United States of America's First Amended and Supplemental Objections and Responses to Defendants' First Set of Interrogatories** was caused to be served via electronic mail on the following:

Robert W. Whetzel
Kelly E. Farnan
Richards, Layton & Finger, P.A.
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700
whetzel@rlf.com
farnan@rlf.com

Yaakov M. Roth
William G. Laxton, Jr.
Jones Day
51 Louisiana Avenue, N.W.
Washington, DC 20001-2113
yroth@jonesday.com
wglaxton@jonesday.com

James W. Carlson
Jones Day
500 Grant Street, Suite 4500
Pittsburgh, PA 15219-2514
jamescarlson@jonesday.com

Karen P. Hewitt
Jones Day
4655 Executive Drive, Suite 1500
San Diego, CA 92121-3134
kphewitt@jonesday.com

Jason S. Varnado
Andrew J. Junker
Jones Day
717 Texas, Suite 3300
Houston, TX 77002-2172
jvarnado@jonesday.com
ajunker@jonesday.com

Laura Jane Durfee
Jones Day
325 John H. McConnell Boulevard
Suite 600
Columbus, OH 43215-2673
ldurfee@jonesday.com

David W. Ogden
Charles C. Speth
2100 Pennsylvania Avenue NW
Washington, DC 20006
Wilmer Cutler Pickering Hale and Dorr LLP
david.ogden@wilmerhale.com
charles.speth@wilmerhale.com

///

AMANDA N. LISKAMM
Director

BY:   */s/ Katherine M. Ho*
Katherine M. Ho
Trial Attorney
U.S. Department of Justice, Civil Division
Consumer Protection Branch
P.O. Box 386
Washington, DC 20044
katherine.ho@usdoj.gov
202-353-7835