# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 20-1744-CFC |
| v. | ) | |
| | ) | |
| WALMART INC. AND WAL-MART STORES EAST, LP, | ) | Jury Trial Demanded |
| | ) | |
| Defendants. | ) | |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that the appearance of Jasand Mock as counsel for the United States of America in the above-captioned case is hereby withdrawn. The United States continues to be represented by counsel at the Department of Justice and the United States Attorney's Offices.

                                        Respectfully submitted,

                                        DAVID C. WEISS
                                        United States Attorney

BY:   */s/ Elizabeth F. Vieyra*
        Elizabeth F. Vieyra
        1313 N. Market Street
        Wilmington, Delaware 19801
        elizabeth.vieyra@usdoj.gov
        (302) 225-9440
        *Attorney for the United States of America*