IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | C.A. No. 20-1744-CFC |
| v. | ) | |
| WALMART INC. AND WAL-MART STORES EAST, LP, | ) | Jury Trial Demanded |
| Defendants. | ) | |

**NOTICE OF WITHDRAWAL OF COUNSEL**

PLEASE TAKE NOTICE that the appearance of Joshua Fowkes as counsel for the United States of America in the above-captioned case is hereby withdrawn. The United States continues to be represented by counsel at the Department of Justice and the United States Attorney's Offices.

            Respectfully submitted,

            DAVID C. WEISS
            United States Attorney

BY:  */s/ Elizabeth F. Vieyra*
    Elizabeth F. Vieyra
    1313 N. Market Street
    Wilmington, Delaware 19801
    elizabeth.vieyra@usdoj.gov
    (302) 225-9440
    *Attorney for the United States of America*