# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 20-1744-CFC-EGT |
| WALMART INC. AND WAL-MART STORES EAST, LP, | ) |
| Defendants. | ) |

## NOTICE OF SERVICE OF SUBPOENAS

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 45, Defendants Walmart Inc. and Wal-Mart Stores East, LP will cause subpoenas to produce documents to be served upon the entities listed below.

**Subpoena Recipients:**

1. Custodian of Records
   Delaware Board of Pharmacy
   Cannon Building, Suite 203
   861 Silver Lake Blvd.
   Dover, DE 19904

2. Custodian of Records
   Delaware Board of Medical Licensure and Discipline
   Cannon Building, Suite 203
   861 Silver Lake Blvd.
   Dover, DE 19904

1

3.     Custodian of Records
   Delaware Office of Controlled Substances
   Cannon Building, Suite 203
   861 Silver Lake Blvd.
   Dover, DE 19904

4.     Heather Sanchez Martinez, Chief Records Custodian
   New Mexico Board of Pharmacy
   5500 San Antonio Dr. NE, Suite C
   Albuquerque, NM 87109

5.     Records Custodian
   New Mexico Medical Board
   2055 S. Pacheco St., Bldg 400
   Santa Fe, NM 87505-0503

6.     Chief Records Custodian
   New Mexico Department of Health
   1190 S. St. Francis Drive
   Santa Fe, NM 87505

7.     Custodian of Records
   Pennsylvania State Board of Pharmacy
   2525 N 7th Street
   Harrisburg, PA 17110

8.     Custodian of Records
   Pennsylvania State Board of Medicine
   2525 N 7th Street
   Harrisburg, PA 17110

9.     Custodian of Records
   Pennsylvania State Board of Osteopathic Medicine
   2525 N 7th Street
   Harrisburg, PA 17110

10.    Custodian of Records
    Pennsylvania Department of Health
    Health and Welfare Building
    625 Forster St., 8th Floor West
    Harrisburg, PA 17120

11. Custodian of Records
    Pennsylvania Office of Attorney General
    Chief Deputy Attorney General for Legal Review
    Strawberry Square, 15th Floor
    Harrisburg, PA 17120

12. Records Custodian
    West Virginia Board of Pharmacy
    1207 Quarrier St., 4th floor
    Charleston, WV 25301

13. Records Custodian
    West Virginia Board of Medicine
    101 Dee Drive, Suite 103
    Charleston, WV 25311

On October 25, 2024, Defendants Walmart Inc. and Wal-Mart Stores East, LP served the foregoing subpoenas via email on counsel for the United States, listed below.

**Counsel for Plaintiff:**

Dylan Steinberg
Elizabeth F. Vieyra
U.S. Attorney's Office
Hercules Building
1313 N. Market Street
Wilmington, DE 19801
(302) 573-6277
Dylan.Steinberg@usdoj.gov
Elizabeth.Vieyra@usdoj.gov

Amanda N. Liskamm
Kathleen G. Brunson
Katherine M. Ho
Kimberly R. Stephens
Joshua Fowkes
U.S. Department of Justice, Civil Division
Consumer Protection Branch
P.O. Box 386
Washington, DC 20044
(202) 353-7835
Amanda.Liskamm@usdoj.gov
Kathleen.G.Brunson@usdoj.gov
Katherine.Ho@usdoj.gov
Kimberly.R.Stephens@usdoj.gov
Joshua.A.Fowkes@usdoj.gov

Carolyn B. Tapie
USDOJ – Middle District of Florida
400 North Tampa Street, Suite 3200
Tampa, FL 33602
(813) 274-6000
Carolyn.B.Tapie@usdoj.gov

Elliot M. Schachner
Megan Freismuth
USDOJ – Eastern District of New York
271 Cadman Plaza East
Brooklyn, NY 11201
(718) 254-7000
Elliot.schachner@usdoj.gov
Megan.Freismuth@usdoj.gov

C. Michael Anderson
Andrew Kasper
USDOJ – Eastern District of North Carolina
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
(919) 856-4619
Michael.anderson7@usdoj.gov
Andrew.Kasper@usdoj.gov

| | |
|---|---|
| OF COUNSEL: | /s/ Kelly E. Farnan |
| | Robert W. Whetzel (#2288) |
| Yaakov M. Roth | Kelly E. Farnan (#4395) |
| William G. Laxton, Jr. | RICHARDS, LAYTON & FINGER, P.A. |
| Jeffrey R. Johnson | |
| JONES DAY | One Rodney Square |
| 51 Louisiana Avenue, N.W. | 920 North King Street |
| Washington, D.C. 20001-2113 | Wilmington, Delaware 19801 |
| | (302) 651-7700 |
| Karen P. Hewitt | whetzel@rlf.com |
| JONES DAY | farnan@rlf.com |
| 4655 Executive Drive, Suite 1500 | |
| San Diego, CA 92121-3134 | *Attorneys for Defendants Walmart Inc. and Wal-Mart Stores East, LP* |
| Jason S. Varnado | |
| Andrew J. Junker | |
| JONES DAY | |
| 717 Texas, Suite 3300 | |
| Houston, TX 77001-2172 | |
| | |
| Laura Jane Durfee | |
| JONES DAY | |
| 325 John H. McConnell Blvd., Suite 600 | |
| Columbus, OH 43215-2673 | |
| | |
| David W. Ogden | |
| Charles C. Speth | |
| WILLIAM CUTLER PICKERING HALE AND DOOR LLP | |
| 1875 Pennsylvania Avenue, N.W. | |
| Washington, D.C. 20006 | |

Dated:  October 25, 2024