# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | C.A. No. 20-1744-CFC-EGT |
| ) | |
| v. ) | |
| ) | |
| WALMART INC. AND WAL- ) | |
| MART STORES EAST, LP, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE OF SUBPOENAS

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 45, Defendants Walmart Inc. and Wal-Mart Stores East, LP will cause subpoenas to produce documents to be served upon the entities listed below.

**Subpoena Recipients:**

      Chiquita Brooks-LaSure, Administrator, Centers for Medicare and Medicaid Services
      c/o Samuel R. Bagenstos, General Counsel,
      Department of Health and Human Services
      200 Independence, SW
      Washington, DC 20201

1. Lloyd J. Austin III, Secretary of Defense, U.S. Department of Defense
   c/o Caroline D. Krass, General Counsel, U.S. Department of Defense
   1400 Defense Blvd
   Washington, VA 20301

2. Christopher Wray, Director, Federal Bureau of Investigation
   c/o Bradley Booker, General Counsel, Federal Bureau of Investigation
   935 Pennsylvania Ave NW
   Washington, DC 20535

3.  Xavier Becerra, Director, Department of Health and Human Services
    c/o Samuel R. Bagenstos, General Counsel, Department of Health and Human Services
    200 Independence, SW
    Washington, DC 20201

4.  Roselyn Tso, Director, Indian Health Service
    c/o Samuel R. Bagenstos, General Counsel, Department of Health and Human Services
    200 Independence, SW
    Washington, DC 20201

5.  Denis R. McDonough, Secretary, U.S. Department of Veterans Affairs
    c/o Richard J. Hipolit, Acting General Counsel, U.S. Department of Veterans Affairs
    810 Vermont Ave NW
    Washington, DC 20420

On October 29, 2024, Defendants Walmart Inc. and Wal-Mart Stores East, LP served the foregoing subpoenas via email on counsel for the United States, listed below.

**Counsel for Plaintiff:**

Dylan Steinberg
Elizabeth F. Vieyra
U.S. Attorney's Office
Hercules Building
1313 N. Market Street
Wilmington, DE 19801
(302) 573-6277
Dylan.Steinberg@usdoj.gov
Elizabeth.Vieyra@usdoj.gov

Amanda N. Liskamm
Kathleen G. Brunson
Katherine M. Ho
Kimberly R. Stephens
U.S. Department of Justice, Civil Division
Consumer Protection Branch
P.O. Box 386
Washington, DC 20044
(202) 353-7835
Amanda.Liskamm@usdoj.gov
Kathleen.G.Brunson@usdoj.gov
Katherine.Ho@usdoj.gov
Kimberly.R.Stephens@usdoj.gov

| | |
|---|---|
| Carolyn B. Tapie<br>USDOJ – Middle District of Florida<br>400 North Tampa Street, Suite 3200<br>Tampa, FL 33602<br>(813) 274-6000<br>Carolyn.B.Tapie@usdoj.gov | Elliot M. Schachner<br>Megan Freismuth<br>USDOJ – Eastern District of New York<br>271 Cadman Plaza East<br>Brooklyn, NY 11201<br>(718) 254-7000<br>Elliot.schachner@usdoj.gov<br>Megan.Freismuth@usdoj.gov |
| C. Michael Anderson<br>Andrew Kasper<br>USDOJ – Eastern District of North Carolina<br>150 Fayetteville Street, Suite 2100<br>Raleigh, NC 27601<br>(919) 856-4619<br>Michael.anderson7@usdoj.gov<br>Andrew.Kasper@usdoj.gov | |
| OF COUNSEL:<br><br>Yaakov M. Roth<br>William G. Laxton, Jr.<br>Jeffrey R. Johnson<br>JONES DAY<br>51 Louisiana Avenue, N.W.<br>Washington, D.C. 20001-2113<br><br>Karen P. Hewitt<br>JONES DAY<br>4655 Executive Drive, Suite 1500<br>San Diego, CA 92121-3134<br><br>Jason S. Varnado<br>Andrew J. Junker<br>JONES DAY<br>717 Texas, Suite 3300<br>Houston, TX 77001-2172 | */s/ Kelly E. Farnan*<br>Robert W. Whetzel (#2288)<br>Kelly E. Farnan (#4395)<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>(302) 651-7700<br>whetzel@rlf.com<br>farnan@rlf.com<br><br>*Attorneys for Defendants Walmart Inc. and Wal-Mart Stores East, LP* |

3

Laura Jane Durfee
JONES DAY
325 John H. McConnell Blvd., Suite 600
Columbus, OH 43215-2673

David W. Ogden
Charles C. Speth
WILLIAM CUTLER PICKERING HALE AND DOOR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006

Dated: October 29, 2024