# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WALMART INC. AND WAL-MART STORES )<br>EAST, LP, )<br>)<br>Defendants. )<br>) | C.A. No. 20-cv-1744-CFC |

## NOTICE OF SERVICE OF SUBPOENA

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 45, plaintiff the United States of America will cause a subpoena to produce documents to be served upon:

Wolters Kluwer Health Inc.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange St.
Wilmington, Delaware 19801

On November 20, 2024, the United States served the foregoing subpoena via email on counsel for defendants Walmart Inc. and Wal-Mart Stores East, LP listed below.

**Counsel for Defendants:**

Robert W. Whetzel
Kelly E. Farnan
Richards, Layton & Finger, P.A.
920 North King Street
Wilmington, DE 19801
Email: whetzel@rlf.com
Email: farnan@rlf.com

Yaakov M. Roth
William G. Laxton, Jr.

Jeffrey R. Johnson
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001-2113
Email: yroth@jonesday.com
Email: wglaxton@jonesday.com
Email: jeffreyjohnson@jonesday.com

Karen P. Hewitt
JONES DAY

| | |
|---|---|
| 4655 Executive Drive, Suite 1500<br>San Diego, CA 92121-3134<br>Email: kphewitt@jonesday.com<br><br>Jason S. Varnado<br>Andrew J. Junker<br>JONES DAY<br>717 Texas, Suite 3300<br>Houston, TX 77002-2172<br>Email: jvarnado@jonesday.com<br>Email: ajunker@jonesday.com<br><br>Laura Jane Durfee<br>JONES DAY<br>325 John H. McConnell Boulevard, Suite 600<br>Columbus, OH 43215-2673<br>Email: ldurfee@jonesday.com | James W. Carlson<br>JONES DAY<br>500 Grant Street, Suite 4500<br>Pittsburgh, PA 15219-2514<br>Email: Jamescarlson@jonesday.com<br><br>David W. Ogden<br>Charles C. Speth<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>2100 Pennsylvania Avenue NW<br>Washington, DC 20006<br>Email: david.ogden@wilmerhale.com<br>Email: charles.speth@wilmerhale.com |

                                                  Respectfully submitted,

                                                  DAVID C. WEISS<br>
                                                  United States Attorney

BY:   */s/ Elizabeth F. Vieyra*<br>
        Elizabeth F. Vieyra<br>
        Assistant United States Attorney<br>
        1313 N. Market Street<br>
        P.O. Box 2046<br>
        Wilmington, Delaware 19899-2046<br>
        302-573-6277<br>
        Elizabeth.Vieyra@usdoj.gov

Dated: November 20, 2024