# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) )  C.A. No. 20-1744-CFC-EGT |
| WALMART INC. AND WAL-MART STORES EAST, LP, | ) ) ) ) |
| Defendants. | ) |

## MOTION FOR HEARING TO RESOLVE DISCOVERY DISPUTE

Defendants Walmart Inc. and Wal-Mart Stores East, LP (collectively, "Walmart") respectfully move this Court to schedule a hearing to address outstanding disputes regarding the following discovery matters:

1. Walmart's request that the United States comply with the Court's September 25, 2024 Order and identify in fact discovery the prescriptions that the United States alleges are invalid, as requested in Interrogatory No. 1 and Request for Production No. 6.

2. Walmart's request in Interrogatory No. 2 that, for each prescription the United States alleges is invalid, the United States identify the bases for that allegation, including whether certain categories of prescriptions are *per se* invalid.

The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a verbal meet-and-confer (by telephone) on the following dates: December 4, 2020 (100 minutes); December 18, 2025 (100 minutes); January 10, 2025 (80 minutes); and January 22 (75 minutes).

Plaintiff's Counsel:

    Delaware Counsel:    Elizabeth Vieyra

    Lead Counsel:    Katherine Ho, Kate Brunson, Kimberly Stephens

<u>Defendant's Counsel</u>:

    Delaware Counsel:    Kelly Farnan

    Lead Counsel:    Jason Varnado, Billy Laxton, James Carlson, Andrew Junker (all but December 18) and William Leathers

The parties are available for a hearing on the following dates: February 20, 24, or 26. Walmart respectfully requests that the discovery hearing be conducted in person. We have conferred with the United States and can advise it neither joins nor opposes Walmart's request for an in-person hearing.

Walmart requests that the parties be permitted to submit 4-page letters in 12-point font on the issues identified above.

This dispute is the second time[1] that a discovery or protective order dispute has been brought before the Court.

| | |
|---|---|
| OF COUNSEL: | */s/ Kelly E. Farnan* <br> Robert W. Whetzel (#2288) |
| Yaakov M. Roth <br> William G. Laxton, Jr. <br> Jeffrey R. Johnson <br> JONES DAY <br> 51 Louisiana Avenue, N.W. <br> Washington, D.C. 20001-2113 | Kelly E. Farnan (#4395) <br> Richards, Layton & Finger, P.A. <br> One Rodney Square <br> 920 N. King Street <br> Wilmington, DE 19801 <br> (302) 651-7700 <br> whetzel@rlf.com <br> farnan@rlf.com |
| Karen P. Hewitt <br> JONES DAY <br> 4655 Executive Drive, Suite 1500 <br> San Diego, CA 92121-3134 | *Attorneys for Defendants Walmart Inc. and Wal-Mart Stores East, LP* |
| Jason S. Varnado <br> Andrew J. Junker <br> JONES DAY <br> 717 Texas, Suite 3300 <br> Houston, TX 77001-2172 | |

---

[1] Walmart is today filing another Motion for Hearing related to discovery from several Agencies and understands the United States will also be filing a Motion for Discovery Conference.

2

Laura Jane Durfee
JONES DAY
325 John H. McConnell Blvd.
Suite 600
Columbus, OH 43215-2673

James W. Carlson
JONES DAY
500 Grant Street, Suite 4500
Pittsburgh, PA 15219-2514

David W. Ogden
Charles C. Speth
WILLIAM CUTLER PICKERING
HALE AND DOOR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006

Dated: January 31, 2025