IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WALMART INC. AND WAL-MART ) <br> STORES EAST, LP, ) <br> ) <br> Defendants. ) <br> ) | C.A. No. 20-1744-CFC |

**MOTION FOR TELECONFERENCE TO RESOLVE
DISCOVERY DISPUTE**

Plaintiff the United States respectfully moves this Court to schedule a teleconference to address an outstanding dispute regarding the following discovery matters:

1. The United States' request that defendants Walmart Inc. and Wal-Mart Stores East, LP (collectively, "Walmart") produce in response to Requests for Production Nos. 1 and 2 data reflecting the controlled substance prescriptions Walmart dispensed nationwide and all of the electronic data fields associated with those records, as well as the data and associated fields for certain non-controlled substances where Walmart dispensed a controlled substance prescription within 60 days of dispensing the non-controlled substance.

The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a verbal meet-and-confer (by telephone) on the following dates: December 4, 2020 (100 minutes); December 18, 2025 (100 minutes); January 10, 2025 (80 minutes); and January 22 (75 minutes).

Plaintiff's Counsel:

    Delaware Counsel:    Elizabeth Vieyra

    Lead Counsel:    Katherine Ho, Kate Brunson, Kimberly Stephens

<u>Defendant's Counsel</u>:

    Delaware Counsel:    Kelly Farnan

    Lead Counsel:    Jason Varnado, Billy Laxton, James Carlson, Andrew Junker (all but December 18) and William Leathers

The parties are available for a teleconference on the following dates: February 20, 24, or 26.

This dispute is the fourth time that a discovery or protective order dispute has been brought before the Court.

Respectfully submitted,

SHANNON T. HANSON
Acting United States Attorney

/s/ Elizabeth F. Vieyra
Dylan Steinberg
Elizabeth F. Vieyra
Assistant United States Attorneys
1313 N. Market Street
Wilmington, DE 19899-2046
(302) 573-6277
dylan.steinberg@usdoj.gov
elizabeth.vieyra@usdoj.gov

*Counsel for Plaintiff*
*United States of America*

Dated: January 31, 2025