# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) C.A. No. 20-1744-CFC-EGT |
| v. | ) |
| WALMART INC. AND WAL-MART STORES EAST, LP, | ) |
| Defendants. | ) |

## NOTICE OF SERVICE OF SUBPOENAS

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 45, Defendants Walmart Inc. and Wal-Mart Stores East, LP will cause subpoenas to produce documents to be served upon the entities listed below.

**Subpoena Recipients:**

1. DPO Custodian
   Colorado State Board of Pharmacy
   Division of Professions and Occupations
   Department of Regulatory Agencies
   1560 Broadway, Suite 1350
   Denver, CO 80202

2. DPO Custodian
   Colorado State Board of Nursing
   Division of Professions and Occupations
   Department of Regulatory Agencies
   1560 Broadway, Suite 1350
   Denver, CO 80202

    3.    DPO Custodian
Colorado Medical Board
Division of Professions and Occupations
Department of Regulatory Agencies
1560 Broadway, Suite 1350
Denver, CO 80202

    4.    DPO Custodian
Colorado Professional Review Committee Program
Division of Professions and Occupations
Department of Regulatory Agencies
1560 Broadway, Suite 1350
Denver, CO 80202

On January 31, 2025, Defendants Walmart Inc. and Wal-Mart Stores East, LP served the foregoing subpoenas via email on counsel for the United States, listed below.

**Counsel for Plaintiff:**

Shannon T. Hanson
Acting United States Attorney
Dylan Steinberg
Elizabeth F. Vieyra
Assistant United States Attorney
U.S. Attorney's Office
Hercules Building
1313 N. Market Street
Wilmington, DE 19801
(302) 573-6277
Dylan.Steinberg@usdoj.gov
Elizabeth.Vieyra@usdoj.gov

Amanda N. Liskamm
Kathleen G. Brunson
Katherine M. Ho
Kimberly R. Stephens
U.S. Department of Justice, Civil Division
Consumer Protection Branch
P.O. Box 386
Washington, DC 20044
(202) 353-7835
Amanda.Liskamm@usdoj.gov
Kathleen.G.Brunson@usdoj.gov
Katherine.Ho@usdoj.gov
Kimberly.R.Stephens@usdoj.gov

Carolyn B. Tapie
USDOJ – Middle District of Florida
400 North Tampa Street, Suite 3200
Tampa, FL 33602
(813) 274-6000
Carolyn.B.Tapie@usdoj.gov

C. Michael Anderson
Andrew Kasper
USDOJ – Eastern District of North Carolina
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
(919) 856-4619
Michael.anderson7@usdoj.gov
Andrew.Kasper@usdoj.gov

OF COUNSEL:

Yaakov M. Roth
William G. Laxton, Jr.
Jeffrey R. Johnson
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113

James W. Carlson
JONES DAY
500 Grant Street, Suite 4500
Pittsburgh, PA 15219

Karen P. Hewitt
JONES DAY
4655 Executive Drive, Suite 1500
San Diego, CA 92121-3134

Amanda A. Rocque
Jasand P. Mock
USDOJ – District of Colorado
1801 California Street, Suite 1600
Denver, CO 80202

Elliot M. Schachner
Megan Freismuth
USDOJ – Eastern District of New York
271 Cadman Plaza East
Brooklyn, NY 11201
(718) 254-7000
Elliot.schachner@usdoj.gov
Megan.Freismuth@usdoj.gov

*/s/ Kelly E. Farnan*
Robert W. Whetzel (#2288)
Kelly E. Farnan (#4395)
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700
whetzel@rlf.com
farnan@rlf.com

*Attorneys for Defendants Walmart Inc. and Wal-Mart Stores East, LP*

3

Jason S. Varnado
Andrew J. Junker
JONES DAY
717 Texas, Suite 3300
Houston, TX 77001-2172

Laura Jane Durfee
JONES DAY
325 John H. McConnell Blvd., Suite 600
Columbus, OH 43215-2673

David W. Ogden
Charles C. Speth
WILLIAM CUTLER PICKERING HALE AND DOOR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006

Dated: January 31, 2025