# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WALMART INC. AND WAL-MART ) <br> STORES EAST, LP, ) <br> ) <br> Defendant. ) <br> ) | C.A. No. 20-1744-CFC-EGT |

## STIPULATION AND [PROPOSED] ORDER AUTHORIZING DISCLOSURE OF PENNSYLVANIA PRESCRIPTION DRUG MONITORING PROGRAM DATA

The Pennsylvania Department of Health ("Pennsylvania DOH") and Defendants Walmart Inc. and Wal- Mart Stores East, LP, (together, "Walmart") pursuant to the Protective Order, paragraph 86, (D.I. 88) in the above-captioned action (this "Litigation"), respectfully submit this Stipulation and Proposed Order Authorizing Disclosure of Pennsylvania Prescription Drug Monitoring Program Data.

WHEREAS, the Pennsylvania Office of Attorney General ("Pennsylvania OAG") previously maintained a database of reports pursuant to 28 Pa. Code § 25.131 regarding controlled substances dispensed in the Commonwealth of Pennsylvania ("OAG Database").

WHEREAS, the Pennsylvania DOH has, since 2016, maintained the Pennsylvania Prescription Drug Monitoring Program, an electronic system to collect and store controlled substance dispensing information, which replaced the OAG Database (together with the "OAG Database" the "PDMP Database").

WHEREAS, Walmart served a subpoena on the Pennsylvania DOH and the Pennsylvania OAG on October 25, 2024 requesting, among other information, certain PDMP Database records.

WHEREAS, the Pennsylvania DOH and Walmart recognize that the PDMP Database records may require specific handling and designation under the Protective Order.

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, subject to the approval of this Court and pursuant to the Court's authority under Fed. R. Civ. P. 26(c), that:

1. The Pennsylvania DOH shall, consistent with the Protective Order, reproduce the PDMP Database records previously produced in *Delaware County v. Purdue Pharma, L.P.*, No. CV-2017-008095 (Pa. Ct. Common Pleas, Delaware County).

2. The Pennsylvania DOH shall, consistent with the Protective Order, produce all PDMP Database records for prescriptions written by Raymond Kraynak (PA Osteopath License # OS005323L).

3. The Pennsylvania DOH shall, consistent with the Protective Order, produce all PDMP Database records for prescriptions dispensed at the Department of Veterans Affairs Medical Centers in Philadelphia, Pittsburgh, Lebanon, Wilkes-Barre, Erie, Altoona, Butler, Coatesville, and Scranton between June 26, 2013 and February 1, 2024, to the extent available.

4. Production of the records referenced in Paragraphs Two and Three shall include the same data fields as those contained in the production referenced in Paragraph One.  Walmart reserves the right to seek additional fields at a later date, if necessary.

5. In accordance with the Protective Order, the Pennsylvania DOH shall designate PDMP Database records as "Highly Confidential – Protected Health Information."

/s/ *Kevin Hoffman*
Kevin Hoffman
Deputy Chief Counsel
625 Forster Street
8th Floor – Office of Legal Counsel
Harrisburg, PA 17120

*Counsel for Pennsylvania Department of Health*

/s/ *Kelly E. Farnan*
Robert W. Whetzel (#2288)
Kelly E. Farnan (#4395)
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
whetzel@rlf.com
farnan@rlf.com

*Attorney for Defendants Walmart Inc. and Wal-Mart Stores East, LP*

Dated: February 20, 2025

SO ORDERED this _____ day of _____, 2025.

_____
Honorable Eleanor G. Tennyson
United States Magistrate Judge