IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 20-1744-CFC-EGT |
| | ) | |
| WALMART INC. AND WAL-MART STORES EAST, LP, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF WITHDRAWAL

Pursuant to Local Rule 83.7, the appearance of Yaakov M. Roth is hereby withdrawn as counsel for Defendants Walmart, Inc. and Wal-Mart Stores East, LP in the above-captioned action.  Defendants will continue to be represented by the law firms of Jones Day, Wilmer Cutler Pickering Hale and Dorr LLP and Richards, Layton & Finger, P.A.

*/s/ Kelly E. Farnan*
Robert W. Whetzel (#2288)
Kelly E. Farnan (#4395)
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700
whetzel@rlf.com
farnan@rlf.com

*Attorneys for Defendants Walmart Inc. and Wal-Mart Stores East, LP*

RLF1 32442045v.1