IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WALMART INC. and<br>WAL-MART STORES EAST, LP,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  Case No. 1:20-cv-01744-CFC<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

I, Noah T. Katzen, hereby notify the Court and all parties of record of my appearance in this case as counsel for the U.S. Department of Health and Human Services, the Indian Health Service, the Centers for Medicare & Medicaid Services, the U.S. Department of Defense, the U.S. Department of Veterans Affairs, and the Federal Bureau of Investigation. This notice affirms that I am admitted, or otherwise authorized, to practice before this Court.

February 20, 2025

Respectfully submitted,

*/s/ Noah T. Katzen*
NOAH T. KATZEN
D.C. Bar No. 1006053
Trial Attorney
Consumer Protection Branch
Civil Division
U.S. Department of Justice
P.O. Box 386
Washington, DC 20044-0386
(202) 305-2428
Noah.T.Katzen@usdoj.gov