# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:20-cv-01744-CFC |
| WALMART INC. and<br>WAL-MART STORES EAST, LP, | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

I, Roger J. Gural, hereby notify the Court and all parties of record of my appearance in this case as counsel for the U.S. Department of Health and Human Services, the Indian Health Service, the Centers for Medicare and Medicaid Services, the U.S. Department of Defense, the U.S. Department of Veterans Affairs, and the Federal Bureau of Investigation. This notice affirms that I am admitted, or otherwise authorized, to practice before this Court.

February 21, 2025

Respectfully submitted,

*/s/ Roger J. Gural*
Roger J. Gural
Georgia Bar No. 300800
Senior Trial Attorney
Consumer Protection Branch
Civil Division
U.S. Department of Justice
P.O. Box 386
Washington, DC  20044-0386
(202) 307-0174
Roger.Gural@usdoj.gov