IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) <br> ) <br> ) |
| Plaintiff, | ) Jury Trial Demanded <br> ) |
| v. | ) Civil Action No. 1:20-cv-01744-CFC <br> ) |
| WALMART INC. AND WAL-MART STORES EAST, LP, | ) <br> ) <br> ) |
| Defendants. | ) <br> ) |

**[PROPOSED] ORDER**

The Court, having considered the United States' discovery dispute letter brief (the "Motion to Compel"), as well as all submissions related thereto,

IT IS HEREBY ORDERED this ____ day of March, 2025, that:

1. The Motion to Compel is GRANTED. Walmart Inc. and Wal-Mart Stores East, LP (collectively, "Walmart") shall produce all electronic dispensing data for all Controlled Substances dispensed between June 26, 2013, and December 22, 2020. Walmart is further ordered to produce all electronic dispensing data for all of the non-Controlled Substances listed in the United States' Request for Production 2.

2. Walmart shall provide to the United States, within 7 days of the date of this Order, a complete list of all fields available in all databases used by Walmart in filling prescriptions during the relevant time frame.

3. Within 7 days of receiving the list of data fields produced by Walmart pursuant to Paragraph 2 of this Order, the parties shall exchange correspondence and meet-and-confer to

1

establish a complete universe of data fields for which Walmart will produce dispensing data responsive to Requests for Production Nos. 1 & 2 of the United States' First Set of Requests for Production.

4. If the parties agree to a complete universe of data fields for which Walmart will produce responsive records, Walmart shall produce, within 45 days of the date of this Order, all dispensing data responsive to Requests for Productions Nos. 1 & 2 of the United States' First Set of Request for Production, complete with all data fields agreed to by the parties.

5. If the parties cannot agree as to a complete universe of data fields for which Walmart will produce responsive records:

(a) Walmart shall produce, within 30 days of the date of this Order, all dispensing data responsive to Requests for Productions Nos. 1 & 2 of the United States' First Set of Request for Production, complete with all 72 data fields referenced in Parts I and II of Walmart's January 31, 2025, letter to counsel to the United States[1]; and

(b) the United States may request that this Court enter an order compelling Walmart to produce additional data fields for all dispensing data already produced by Walmart pursuant to this Paragraph 5.

 

_____
THE HONORABLE ELEANOR G. TENNYSON
UNITED STATES MAGISTRATE JUDGE

---

[1] Walmart shall produce dispensing data pursuant to Paragraph 5(a) of this Order in a form that that allows for easy and seamless merging of such data with any additional data fields this Court orders Walmart to produce in response to a request by the United States pursuant to Paragraph 5(b) of this Order.