IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> WALMART INC. AND WAL-MART STORES EAST, LP, <br><br> Defendants. | ) ) ) ) ) ) ) C.A. No. 20-1744-CFC ) ) ) ) ) ) ) |

**NOTICE OF WITHDRAWAL OF COUNSEL**

PLEASE TAKE NOTICE that the appearance of Michael Anderson as counsel for the United States of America in the above-captioned case is hereby withdrawn. The United States continues to be represented by counsel at the Department of Justice and the United States Attorney's Offices.

        Respectfully submitted,

        SHANNON T. HANSON
        Acting United States Attorney

BY: */s/ Elizabeth F. Vieyra*
      Elizabeth F. Vieyra
      1313 N. Market Street
      Wilmington, Delaware 19801
      elizabeth.vieyra@usdoj.gov
      (302) 673-6277
      *Attorney for the United States of America*