**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>     -against-<br><br>WALMART INC. AND WAL-MART STORES EAST, LP,<br><br>                        Defendants. | Case No. 20-1744-CFC-EGT |

## STIPULATION AND [PROPOSED] ORDER AUTHORIZING DISCLOSURE OF FEDERAL BUREAU OF INVESTIGATION RECORDS

The Federal Bureau of Investigation ("FBI") and Defendants Walmart Inc. and Wal-Mart Stores East, LP, (together, "Walmart") pursuant to the Protective Order (D.I. 88) in the above-captioned action (this "Litigation"), respectfully submit this Stipulation and Proposed Order Authorizing Disclosure of FBI Records.

WHEREAS, the FBI maintains a system of records relating to its investigations.

WHEREAS, Walmart served a subpoena on the FBI on October 29, 2024, requesting records pertaining to certain identified individuals maintained on the FBI's system of records.

WHEREAS, the FBI believes that the Privacy Act of 1974, 5 U.S.C. § 552a (the "Privacy Act") requires an Order from this Court to permit the disclosure of agency records without prior written consent of the individuals to whom the records pertain, absent an applicable exception.

WHEREAS, the FBI and Walmart recognize that the requested agency records may require specific handling and designation under the Protective Order.

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, subject to the approval of this Court and pursuant to the Court's authority under Fed. R. Civ. P. 26(c), that:

Pursuant to 5 U.S.C. § 552a(b)(12) of the Privacy Act, the FBI, its officers, agents, employees, and representatives are authorized to release to defendant's counsel, or other

representatives and to the Court in this Litigation, any records or information protected by the

Privacy Act, the disclosure of which, absent an Order from this Court, could potentially constitute

a violation of law.  Such disclosures will be subject to the Protective Order (D.I. 88) entered on

November 18, 2022.


*/s/ Roger J. Gural*

ROGER J. GURAL
Senior Trial Attorney
Consumer Protection Branch
U.S. Department of Justice
P.O. Box 386
Washington, D.C.  20044
Telephone: (202) 307-0174
E-mail: roger.gural@usdoj.gov

*Counsel for Federal Bureau of Investigation*

*/s/ Kelly E. Farnan*

ROBERT W. WHETZEL (#2288)
KELLY E. FARNAN (#4395)
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700
E-mail: whetzel@rlf.com
E-mail: farnan@rlf.com

*Attorneys for Defendants Walmart Inc. and Wal-Mart Stores East, LP*


Dated:  May 9. 2025

SO ORDERED this _____ day of _____, 2025.


_____

Honorable Eleanor G. Tennyson
United States Magistrate Judge

2