## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 20-1744-CFC-EGT |
| v. | ) | |
| | ) | |
| WALMART INC. AND WAL-MART STORES EAST, LP, | ) ) | |
| | ) | |
| Defendants. | ) | |

## <u>NOTICE OF SERVICE OF SUBPOENAS</u>

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 45, Defendants Walmart Inc. and Wal-Mart Stores East, LP will cause subpoenas to produce documents to be served upon the entities listed below.

**Subpoena Recipients:**

1. Custodian of Records
   Florida Board of Pharmacy
   Florida Department of Health
   4052 Bald Cypress Way, Bin C-04
   Tallahassee, FL 32399

2. Custodian of Records
   Florida Board of Medicine
   Florida Department of Health
   4052 Bald Cypress Way, Bin C-03
   Tallahassee, FL 32399

3. Agency Clerk
   Office of the General Counsel
   Florida Department of Health
   4052 Bald Cypress Way, Bin A-02
   Tallahassee, FL 32399

4.   Agency Clerk
     Office of the General Counsel
     Division of Medical Quality Assurance – Florida Department of
     Health
     4052 Bald Cypress Way, Bin A-02
     Tallahassee, FL 32399

5.   Custodian of Records
     Florida Office of the Attorney General
     107 West Gaines Street
     Tallahassee, FL 32301

On May 30, 2025, Defendants Walmart Inc. and Wal-Mart Stores East, LP

served the foregoing subpoenas via email on counsel for the United States, listed

below.

| | |
|---|---|
| Shannon T. Hanson | Amanda N. Liskamm |
| Acting United States Attorney | Kathleen G. Brunson |
| Dylan Steinberg | Katherine M. Ho |
| Elizabeth F. Vieyra | Kimberly R. Stephens |
| Assistant United States Attorney | U.S. Department of Justice, Civil Division |
| U.S. Attorney's Office | Consumer Protection Branch |
| Hercules Building | P.O. Box 386 |
| 1313 N. Market Street | Washington, DC 20044 |
| Wilmington, DE 19801 | |
| | |
| Carolyn B. Tapie | Amanda A. Rocque |
| USDOJ – Middle District of Florida | Jasand P. Mock |
| 400 North Tampa Street, Suite 3200 | USDOJ – District of Colorado |
| Tampa, FL 33602 | 1801 California Street, Suite 1600 |
| | Denver, CO 80202 |
| C. Michael Anderson | |
| Andrew Kasper | Elliot M. Schachner |
| USDOJ – Eastern District of North | Megan Freismuth |
| Carolina | USDOJ – Eastern District of New York |
| 150 Fayetteville Street, Suite 2100 | 271 Cadman Plaza East |
| Raleigh, NC 27601 | Brooklyn, NY 11201 |

OF COUNSEL:

William G. Laxton, Jr.
Jeffrey R. Johnson
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113

Karen P. Hewitt
JONES DAY
4655 Executive Drive, Suite 1500
San Diego, CA 92121-3134

Jason S. Varnado
Andrew J. Junker
JONES DAY
717 Texas, Suite 3300
Houston, TX 77001-2172

Laura Jane Durfee
JONES DAY
325 John H. McConnell Blvd.
Suite 600
Columbus, OH 43215-2673

James W. Carlson
JONES DAY
500 Grant Street, Suite 4500
Pittsburgh, PA 15219

Dated:  May 30, 2025

*/s/ Kelly E. Farnan*
Robert W. Whetzel (#2288)
Kelly E. Farnan (#4395)
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
whetzel@rlf.com
farnan@rlf.com

*Attorneys for Defendants Walmart Inc. and Wal-Mart Stores East, LP*

3