# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WALMART INC. AND WAL-MART STORES ) <br> EAST, LP, ) <br> ) <br> Defendants. ) <br> ) | C.A. No. 20-cv-1744-CFC |

## NOTICE OF SERVICE OF SUBPOENA

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 45, plaintiff the United States of America will cause a subpoena to produce documents to be served upon:

Archer Technologies, LLC
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, Delaware 19808

On June 16, 2025 the United States served the foregoing subpoena via email on counsel for defendants Walmart Inc. and Wal-Mart Stores East, LP listed below.

**Counsel for Defendants:**

Robert W. Whetzel
Kelly E. Farnan
Richards, Layton & Finger, P.A.
920 North King Street
Wilmington, DE 19801
Email: whetzel@rlf.com
Email: farnan@rlf.com

William G. Laxton, Jr.
Jeffrey R. Johnson
JONES DAY

51 Louisiana Avenue, N.W.
Washington, DC 20001-2113
Email: wglaxton@jonesday.com
Email: jeffreyjohnson@jonesday.com

Karen P. Hewitt
JONES DAY
4655 Executive Drive, Suite 1500
San Diego, CA 92121-3134
Email: kphewitt@jonesday.com

| | |
|---|---|
| Jason S. Varnado<br>Andrew J. Junker<br>JONES DAY<br>717 Texas, Suite 3300<br>Houston, TX 77002-2172<br>Email: jvarnado@jonesday.com<br>Email: ajunker@jonesday.com<br><br>Laura Jane Durfee<br>JONES DAY<br>325 John H. McConnell Boulevard,<br>Suite 600<br>Columbus, OH 43215-2673<br>Email: ldurfee@jonesday.com | James W. Carlson<br>JONES DAY<br>500 Grant Street, Suite 4500<br>Pittsburgh, PA 15219-2514<br>Email: Jamescarlson@jonesday.com<br><br>David W. Ogden<br>Charles C. Speth<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>2100 Pennsylvania Avenue NW<br>Washington, DC 20006<br>Email: david.ogden@wilmerhale.com<br>Email: charles.speth@wilmerhale.com |

                                          Respectfully submitted,

                                        DYLAN J. STEINBERG
                                        Acting United States Attorney

BY:   */s/ Elizabeth Vieyra*
       Elizabeth Vieyra
       Assistant United States Attorney
       1313 N. Market Street
       P.O. Box 2046
       Wilmington, Delaware 19899-2046
       Telephone: 302-573-6148
       Facsimile: 302-573-6220
       Elizabeth.Vieyra@usdoj.gov

Dated:  June 16, 2025