IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WALMART INC. AND WAL-MART STORES )<br>EAST, LP, )<br>)<br>Defendants. ) | C.A. No. 20-1744-CFC |

## NOTICE OF SERVICE

I, Katherine M. Ho, hereby certify that on June 20, 2025, Plaintiff United States of America served true and correct copies of the **United States of America's Second Set of Requests for Production** via electronic mail on the following:

Robert W. Whetzel (#2288)
Kelly E. Farnan (#4395)
Richards, Layton & Finger, P.A.
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700
whetzel@rlf.com
farnan@rlf.com

William G. Laxton, Jr.
Jones Day
51 Louisiana Avenue, N.W.
Washington, DC 20001-2113
yroth@jonesday.com
wglaxton@jonesday.com

Karen P. Hewitt
Jones Day
4655 Executive Drive, Suite 1500
San Diego, CA 92121-3134
kphewitt@jonesday.com

Jason S. Varnado
Andrew J. Junker
Jones Day
717 Texas, Suite 3300
Houston, TX 77002-2172
jvarnado@jonesday.com
ajunker@jonesday.com

Laura Jane Durfee
Jones Day
325 John H. McConnell Boulevard
Suite 600
Columbus, OH 43215-2673
ldurfee@jonesday.com

| | |
|---|---|
| David W. Ogden<br>Charles C. Speth<br>Wilmer Cutler Pickering<br>Hale and Dorr LLO<br>1875 Pennsylvania Avenue, N.W.<br>Washington, DC 20006<br>david.ogden@wilmerhale.com<br>charles.speth@wilmerhale.com | James W. Carlson<br>Jones Day<br>500 Grant Street, Suite 4500<br>Pittsburgh, PA 15219-2514<br>jamescarlson@jonesday.com |
| Dated:  June 20, 2025 | ///<br>LISA K. HSIAO<br>Acting Director, Consumer Protection Branch<br><br>By:  */s/ Katherine M. Ho*<br>     Katherine M. Ho<br>     *Trial Attorney*<br>     U.S. Department of Justice<br>     Civil Division<br>     Consumer Protection Branch<br>     P.O. Box 386<br>     Washington, DC 20044<br>     katherine.ho@usdoj.gov<br>     202-353-7835 |