# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 20-1744-CFC-EGT |
| | ) |
| WALMART INC. AND WAL-MART STORES EAST, LP, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on June 26, 2025, Walmart Inc. and Wal-Mart Stores East, LP served true and correct copies of notices of depositions that will take place on (1) July 24, 2025, at 1:00 p.m. CT in Sulphur Springs, Texas, and (2) July 25, 2025, at 10:00 a.m. CT in Bonham, Texas, on the following counsel as indicated:

**BY ELECTRONIC MAIL**
Dylan Steinberg
Elizabeth F. Vieyra
Assistant United States Attorney
U.S. Attorney's Office
Hercules Building
1313 N. Market Street
Wilmington, DE 19801

**BY ELECTRONIC MAIL**
Amanda N. Liskamm
Kathleen G. Brunson
Katherine M. Ho
Kimberly R. Stephens
U.S. Department of Justice, Civil Division
Consumer Protection Branch
P.O. Box 386
Washington, DC 20044

**BY ELECTRONIC MAIL**
Carolyn B. Tapie
USDOJ – Middle District of Florida
400 North Tampa Street, Suite 3200
Tampa, FL 33602

**BY ELECTRONIC MAIL**
Elliot M. Schachner
Megan Freismuth
USDOJ – Eastern District of New York
271 Cadman Plaza East
Brooklyn, NY 11201

RLF1 33200108v.1

**BY ELECTRONIC MAIL**
C. Michael Anderson
Andrew Kasper
USDOJ – Eastern District of North Carolina
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601


OF COUNSEL:

| | |
|---|---|
| William G. Laxton, Jr.<br>Jeffrey R. Johnson<br>JONES DAY<br>51 Louisiana Avenue, N.W.<br>Washington, DC 20001-2113<br>(202) 879-3939<br><br>Karen P. Hewitt<br>JONES DAY<br>4655 Executive Drive, Suite 1500<br>San Diego, CA 92121-3134<br>(858) 314-1200<br><br>Jason S. Varnado<br>Andrew J. Junker<br>JONES DAY<br>717 Texas, Suite 3300<br>Houston, TX 77002-2172<br>(832) 239-3939<br><br>Laura Jane Durfee<br>JONES DAY<br>325 John H. McConnell Boulevard<br>Suite 600<br>Columbus, OH 43215-2673<br>(614) 281-3895 | */s/ Kelly E. Farnan*<br>Robert W. Whetzel (#2288)<br>Kelly E. Farnan (#4395)<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>(302) 651-7700<br>whetzel@rlf.com<br>farnan@rlf.com<br><br>*Attorneys for Walmart Inc. and Wal-Mart Stores East, LP* |

2

James W. Carlson
JONES DAY
500 Grant Street, Suite 4500
Pittsburgh, PA 15219-2172
(412) 391-3939


Dated:  June 26, 2025

RLF1 33200108v.1