# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 20-cv-1744-CFC-EGT |
| WALMART INC. AND WAL-MART STORES EAST, LP, | ) ) ) ) | |
| Defendants. | ) ) | |

## NOTICE OF SERVICE OF SUBPOENA

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 45, plaintiff the United States of America will cause a subpoena to produce documents to be served upon:

State of California, Office of the Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94103-7004

On July 8, 2025 the United States served the foregoing subpoena via email on counsel for defendants Walmart Inc. and Wal-Mart Stores East, LP listed below.

**Counsel for Defendants:**

Robert W. Whetzel
Kelly E. Farnan
Richards, Layton & Finger, P.A.
920 North King Street
Wilmington, DE 19801
Email: whetzel@rlf.com
Email: farnan@rlf.com

William G. Laxton, Jr.
Jeffrey R. Johnson
JONES DAY

51 Louisiana Avenue, N.W.
Washington, DC 20001-2113
Email: wglaxton@jonesday.com
Email: jeffreyjohnson@jonesday.com

Karen P. Hewitt
JONES DAY
4655 Executive Drive, Suite 1500
San Diego, CA 92121-3134
Email: kphewitt@jonesday.com

| | |
|---|---|
| Jason S. Varnado<br>Andrew J. Junker<br>JONES DAY<br>717 Texas, Suite 3300<br>Houston, TX 77002-2172<br>Email: jvarnado@jonesday.com<br>Email: ajunker@jonesday.com | James W. Carlson<br>JONES DAY<br>500 Grant Street, Suite 4500<br>Pittsburgh, PA 15219-2514<br>Email: Jamescarlson@jonesday.com |
| Laura Jane Durfee<br>JONES DAY<br>325 John H. McConnell Boulevard,<br>Suite 600<br>Columbus, OH 43215-2673<br>Email: ldurfee@jonesday.com | David W. Ogden<br>Charles C. Speth<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>2100 Pennsylvania Avenue NW<br>Washington, DC 20006<br>Email: david.ogden@wilmerhale.com<br>Email: charles.speth@wilmerhale.com |

Respectfully submitted,

DYLAN J. STEINBERG
Acting United States Attorney

BY:   */s/ Elizabeth Vieyra*
Elizabeth Vieyra
Assistant United States Attorney
1313 N. Market Street
P.O. Box 2046
Wilmington, Delaware 19899-2046
Telephone: 302-573-6148
Facsimile: 302-573-6220
Elizabeth.Vieyra@usdoj.gov

Dated:  July 8, 2025