# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WALMART INC. AND WAL-MART STORES )<br>EAST, LP, )<br>)<br>Defendants. )<br>) | C.A. No. 20-cv-1744-CFC-EGT |

## NOTICE OF SERVICE

I, Katherine M. Ho, hereby certify that:

On July 11, 2025, a true and correct copy of Plaintiff United States of America's Second Amended and Supplemental Objections and Responses to Defendants' Second Set of Interrogatories was caused to be served via electronic mail on the recipients listed below.

**Counsel for Defendants:**

Robert W. Whetzel
Kelly E. Farnan
Richards, Layton & Finger, P.A.
920 North King Street
Wilmington, DE 19801
Email: whetzel@rlf.com
Email: farnan@rlf.com

William G. Laxton, Jr.
Jones Day
51 Louisiana Avenue, N.W.
Washington, DC 20001-2113
Email: wglaxton@jonesday.com
Email: jeffreyjohnson@jonesday.com

Karen P. Hewitt
Jones Day
4655 Executive Drive, Suite 1500
San Diego, CA 92121-3134
Email: kphewitt@jonesday.com

Jason S. Varnado
Andrew J. Junker
Jones Day
717 Texas, Suite 3300
Houston, TX 77002-2172
Email: jvarnado@jonesday.com
Email: ajunker@jonesday.com

| | |
|---|---|
| Laura Jane Durfee<br>Jones Day<br>325 John H. McConnell Boulevard, Suite 600<br>Columbus, OH 43215-2673<br>Email: ldurfee@jonesday.com<br><br>James W. Carlson<br>Jones Day<br>500 Grant Street, Suite 4500<br>Pittsburgh, PA 15219-2514<br>Email: Jamescarlson@jonesday.com | David W. Ogden<br>Charles C. Speth<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>2100 Pennsylvania Avenue NW<br>Washington, DC 20006<br>Email: david.ogden@wilmerhale.com<br>Email: charles.speth@wilmerhale.com |

Respectfully submitted,

LISA K. HSIAO
Acting Director
Consumer Protection Branch, Civil Division

BY:  /s/ *Katherine M. Ho*
Katherine M. Ho
Trial Attorney
U.S. Department of Justice, Civil Division
Consumer Protection Branch
P.O. Box 386
Washington, DC 20044
katherine.ho@usdoj.gov
202-353-7835

Dated:  July 11, 2025