# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) C.A. No. 20-1744-CFC |
| WALMART INC. AND WAL-MART STORES EAST, LP, | ) ) ) ) |
| Defendants. | ) |

## NOTICE OF SERVICE OF SUBPOENAS

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 45, Defendants Walmart Inc. and Wal-Mart Stores East, LP will cause subpoenas to produce documents to be served upon the entities listed below.

**Subpoena Recipients:**

1. Custodian of Records
   Georgia Board of Pharmacy
   2 Martin Luther King Jr. Drive SE
   East Tower - 11th Floor
   Atlanta, GA 30334

2. Custodian of Records
   Georgia Composite Medical Board
   2 Martin Luther King Jr. Drive SE
   East Tower - 11th Floor
   Atlanta, GA 30334

3. Custodian of Records
   Georgia Department of Public Health
   200 Piedmont Avenue SE
   West Tower – Suite 1902
   Atlanta, GA 30334

4.     Custodian of Records
      Georgia Drugs and Narcotics Agency
      254 Washington Street SW
      Suite G2000
      Atlanta, GA 30334

5.     Custodian of Records
      Missouri Board of Registration for the Healing Arts
      3605 Missouri Boulevard
      Jefferson City, MO 65102

6.     Custodian of Records
      Missouri Board of Pharmacy
      3605 Missouri Boulevard
      Jefferson City, MO 65109

7.     Custodian of Records
      Missouri Bureau of Narcotics and Dangerous Drugs
      Department of Health and Senior Services
      912 Wildwood Drive
      Jefferson City, MO 65102

8.     Custodian of Records
      Joint Oversight Task Force for Prescription Drug Monitoring
      Missouri Office of Administration
      State Capitol Building
      201 W. Capitol Avenue, Room 125
      Jefferson City, MO 65102

9.     Custodian of Records
      St. Louis County Department of Public Health
      6121 N. Hanley Road
      Berkeley, MO 63134

10.    Custodian of Records
      Indiana Professional Licensing Agency
      Indiana Government Center South, Room W072
      402 W. Washington Street
      Indianapolis, IN 46204

11.     Custodian of Records
        Indiana Board of Pharmacy
        Indiana Professional Licensing Agency
        Indiana Government Center South, Room W072
        402 W. Washington Street
        Indianapolis, IN 46204

12.     Custodian of Records
        Indiana Medical Licensing Board
        Indiana Professional Licensing Agency
        Indiana Government Center South, Room W072
        402 W. Washington Street
        Indianapolis, IN 46204

13.     Custodian of Records
        Indiana Office of Attorney General
        Indiana Government Center South
        402 W. Washington Street – 5th Floor
        Indianapolis, IN 46204

14.     Custodian of Records
        Indiana Department of Health
        2 N. Meridian Street
        Indianapolis, IN 46204

On July 15, 2025 Defendants Walmart Inc. and Wal-Mart Stores East, LP served the foregoing subpoenas via email on counsel for the United States, listed below.

**Counsel for Plaintiff:**

Dylan Steinberg
Elizabeth F. Vieyra
Assistant United States Attorney
U.S. Attorney's Office
Hercules Building
1313 N. Market Street
Wilmington, DE 19801

Amanda N. Liskamm
Kathleen G. Brunson
Katherine M. Ho
Kimberly R. Stephens
U.S. Department of Justice, Civil Division
Consumer Protection Branch
P.O. Box 386
Washington, DC 20044

Carolyn B. Tapie
USDOJ – Middle District of Florida
400 North Tampa Street, Suite 3200
Tampa, FL 33602

Elliot M. Schachner
Megan Freismuth
USDOJ – Eastern District of New York
271 Cadman Plaza East
Brooklyn, NY 11201

C. Michael Anderson
Andrew Kasper
USDOJ – Eastern District of North Carolina
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601

| | |
|---|---|
| OF COUNSEL: | /s/ Kelly E. Farnan |
| | Robert W. Whetzel (#2288) |
| William G. Laxton, Jr. | Kelly E. Farnan (#4395) |
| Jeffrey R. Johnson | Richards, Layton & Finger, P.A. |
| JONES DAY | One Rodney Square |
| 51 Louisiana Avenue, N.W. | 920 North King Street |
| Washington, D.C. 20001-2113 | Wilmington, Delaware 19801 |
| | (302) 651-7700 |
| James W. Carlson | whetzel@rlf.com |
| JONES DAY | farnan@rlf.com |
| 500 Grant Street, Suite 4500 | |
| Pittsburgh, PA 15219 | *Attorneys for Defendants Walmart Inc. and Wal-Mart Stores East, LP* |
| Karen P. Hewitt | |
| JONES DAY | |
| 4655 Executive Drive, Suite 1500 | |
| San Diego, CA 92121-3134 | |
| | |
| Jason S. Varnado | |
| Andrew J. Junker | |
| JONES DAY | |
| 717 Texas, Suite 3300 | |
| Houston, TX 77001-2172 | |
| | |
| Laura Jane Durfee | |
| JONES DAY | |
| 325 John H. McConnell Blvd., Suite 600 | |
| Columbus, OH 43215-2673 | |

Dated: July 15, 2025