# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WALMART INC. AND WAL-MART STORES )<br>EAST, LP, )<br>)<br>Defendants. )<br>) | C.A. No. 20-cv-1744-CFC-EGT |

## NOTICE OF SERVICE OF SUBPOENA

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 45, plaintiff the United States of America will cause a subpoena to produce documents to be served upon:

Mehmet Oz, MD, Administrator
Centers for Medicare & Medicaid Services
c/o Acting Associate General Counsel, Rujul Desai
330 Independence Avenue, SW
Room 5309
Washington, DC 20201

On July 15, 2025 the United States served the foregoing subpoena via email on counsel for defendants Walmart Inc. and Wal-Mart Stores East, LP listed below.

**Counsel for Defendants:**

| | |
|---|---|
| Robert W. Whetzel<br>Kelly E. Farnan<br>Richards, Layton & Finger, P.A.<br>920 North King Street<br>Wilmington, DE 19801<br>Email: whetzel@rlf.com<br>Email: farnan@rlf.com | William G. Laxton, Jr.<br>JONES DAY<br>51 Louisiana Avenue, N.W.<br>Washington, DC 20001-2113<br>Email: wglaxton@jonesday.com |

| | |
|---|---|
| Karen P. Hewitt<br>JONES DAY<br>4655 Executive Drive, Suite 1500<br>San Diego, CA 92121-3134<br>Email: kphewitt@jonesday.com | James W. Carlson<br>JONES DAY<br>500 Grant Street, Suite 4500<br>Pittsburgh, PA 15219-2514<br>Email: Jamescarlson@jonesday.com |
| Jason S. Varnado<br>Andrew J. Junker<br>JONES DAY<br>717 Texas, Suite 3300<br>Houston, TX 77002-2172<br>Email: jvarnado@jonesday.com<br>Email: ajunker@jonesday.com | David W. Ogden<br>Charles C. Speth<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>2100 Pennsylvania Avenue NW<br>Washington, DC 20006<br>Email: david.ogden@wilmerhale.com<br>Email: charles.speth@wilmerhale.com |
| Laura Jane Durfee<br>JONES DAY<br>325 John H. McConnell Boulevard,<br>Suite 600<br>Columbus, OH 43215-2673<br>Email: ldurfee@jonesday.com | |

Respectfully submitted,

JULIANNE E. MURRAY
United States Attorney

BY:   */s/ Elizabeth Vieyra*
Elizabeth Vieyra
Assistant United States Attorney
1313 N. Market Street
P.O. Box 2046
Wilmington, Delaware 19899-2046
Telephone: 302-573-6148
Facsimile: 302-573-6220
Elizabeth.Vieyra@usdoj.gov

Dated:  July 15, 2025