# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 20-1744-CFC |
| | ) |
| WALMART INC. AND WAL-MART STORES EAST, LP, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE OF SUBPOENAS

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 45, Defendants Walmart Inc. and Wal-Mart Stores East, LP will cause subpoenas to produce documents to be served upon the entities listed below.

**Subpoena Recipients:**

1. Custodian of Records
   Oklahoma Board of Medical Licensure and Supervision
   101 Northeast 51st Street
   Oklahoma City, OK 73105

2. Custodian of Records
   Oklahoma Board of Pharmacy
   2920 North Lincoln Boulevard, Suite A
   Oklahoma City, OK 73105

3. Custodian of Records
   Oklahoma Bureau of Narcotics and Dangerous Drugs Control
   419 Northeast 38th Terrace
   Oklahoma City, OK 73105

4. Custodian of Records
Oklahoma Department of Health
123 Robert S. Kerr Avenue
Oklahoma City, OK 73102

5. Custodian of Records
Texas State Board of Pharmacy
George H.W. Bush State Office Building
1801 Congress Avenue, Suite 13.100
Austin, TX 78701

6. Custodian of Records
Texas Department of Public Safety
5805 North Lamar Boulevard, Building I
Austin, TX 78752

7. Custodian of Records
Texas Medical Board
George H.W. Bush State Office Building
1801 Congress Avenue, Suite 9.200
Austin, TX 78701

On July 29, 2025 Defendants Walmart Inc. and Wal-Mart Stores East, LP served the foregoing subpoenas via email on counsel for the United States, listed below.

**Counsel for Plaintiff:**

Dylan Steinberg
Elizabeth F. Vieyra
Assistant United States Attorney
U.S. Attorney's Office
Hercules Building
1313 N. Market Street
Wilmington, DE 19801

Amanda N. Liskamm
Kathleen G. Brunson
Katherine M. Ho
Kimberly R. Stephens
U.S. Department of Justice, Civil Division
Consumer Protection Branch
P.O. Box 386
Washington, DC 20044

2

| | |
|---|---|
| Carolyn B. Tapie<br>USDOJ – Middle District of Florida<br>400 North Tampa Street, Suite 3200<br>Tampa, FL 33602 | Elliot M. Schachner<br>Megan Freismuth<br>USDOJ – Eastern District of New York<br>271 Cadman Plaza East<br>Brooklyn, NY 11201 |
| C. Michael Anderson<br>Andrew Kasper<br>USDOJ – Eastern District of North Carolina<br>150 Fayetteville Street, Suite 2100<br>Raleigh, NC 27601 | |

OF COUNSEL:

William G. Laxton, Jr.
Jeffrey R. Johnson
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113

James W. Carlson
JONES DAY
500 Grant Street, Suite 4500
Pittsburgh, PA 15219

Karen P. Hewitt
JONES DAY
4655 Executive Drive, Suite 1500
San Diego, CA 92121-3134

Jason S. Varnado
Andrew J. Junker
JONES DAY
717 Texas, Suite 3300
Houston, TX 77001-2172

*/s/ Kelly E. Farnan*
Robert W. Whetzel (#2288)
Kelly E. Farnan (#4395)
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700
whetzel@rlf.com
farnan@rlf.com

*Attorneys for Defendants Walmart Inc. and*
*Wal-Mart Stores East, LP*

Laura Jane Durfee
JONES DAY
325 John H. McConnell Blvd., Suite 600
Columbus, OH 43215-2673


Dated:  July 29, 2025