# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WALMART INC. AND WAL-MART STORES EAST, LP,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 20-cv-1744-CFC<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE OF SUBPOENA

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 45, plaintiff the United States of America will cause subpoenas to produce documents to be served upon:

Custodian of Records
Indiana Professional Licensing Agency
Indiana Government Center South
402 W. Washington Street, Room W072
Indianapolis, IN 46204

Custodian of Records
Georgia Drugs and Narcotics Agency
254 Washington Street SW, Suite G2000
Atlanta, GA 30334

Custodian of Records
Georgia Department of Public Health
200 Piedmont Avenue SE
West Tower, Suite 1902
Atlanta, GA 30334

Custodian of Records
Missouri Office of Administration
Joint Oversight Task Force for Prescription Drug Monitoring
State Capitol Building
201 W. Capitol Ave., Room 125
Jefferson City, MO 65102

On August 1, 2025 the United States served the foregoing subpoenas via email on counsel for defendants Walmart Inc. and Wal-Mart Stores East, LP listed below.

Robert W. Whetzel
Kelly E. Farnan
Richards, Layton & Finger, P.A.
920 North King Street
Wilmington, DE 19801
Email: whetzel@rlf.com
Email: farnan@rlf.com

William G. Laxton, Jr.
Jeffrey R. Johnson
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001-2113
Email: wglaxton@jonesday.com
Email: jeffreyjohnson@jonesday.com

Karen P. Hewitt
JONES DAY
4655 Executive Drive, Suite 1500
San Diego, CA 92121-3134
Email: kphewitt@jonesday.com

Jason S. Varnado
Andrew J. Junker
JONES DAY
717 Texas, Suite 3300
Houston, TX 77002-2172
Email: jvarnado@jonesday.com
Email: ajunker@jonesday.com

Laura Jane Durfee
JONES DAY
325 John H. McConnell Blvd, Suite 600
Columbus, OH 43215-2673
Email: ldurfee@jonesday.com

James W. Carlson
JONES DAY
500 Grant Street, Suite 4500
Pittsburgh, PA 15219-2514
Email: Jamescarlson@jonesday.com

David W. Ogden
Charles C. Speth
WILMER CUTLER PICKERING HALE AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20006
Email: david.ogden@wilmerhale.com
Email: charles.speth@wilmerhale.com

Respectfully submitted,

JULIANNE E. MURRAY
United States Attorney

BY:   */s/ Elizabeth Vieyra*
Elizabeth Vieyra
Assistant United States Attorney
1313 N. Market Street
P.O. Box 2046
Wilmington, Delaware 19899-2046
Telephone: 302-573-6148
Facsimile: 302-573-6220
Elizabeth.Vieyra@usdoj.gov

Dated:  August 1, 2025