**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WALMART INC. AND WAL-MART STORES EAST, LP,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 20-cv-1744-CFC |

**NOTICE OF SERVICE OF SUBPOENA**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 45, plaintiff

the United States of America will cause a subpoena to produce documents to be served upon:

> Dedmon Pharmacy, Inc. d/b/a Sullin's Drugs
> C/o: Bradley Wayne Dedmon
> 213 W. Broadway, Spiro, OK 74959

On August 6, 2025 the United States served the foregoing subpoena via email on counsel

for defendants Walmart Inc. and Wal-Mart Stores East, LP listed below.

Robert W. Whetzel
Kelly E. Farnan
Richards, Layton & Finger, P.A.
920 North King Street
Wilmington, DE 19801
Email: whetzel@rlf.com
Email: farnan@rlf.com

William G. Laxton, Jr.
Jeffrey R. Johnson
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001-2113
Email: wglaxton@jonesday.com
Email: jeffreyjohnson@jonesday.com

Karen P. Hewitt
JONES DAY
4655 Executive Drive, Suite 1500
San Diego, CA 92121-3134
Email: kphewitt@jonesday.com

Jason S. Varnado
Andrew J. Junker
JONES DAY
717 Texas, Suite 3300
Houston, TX 77002-2172
Email: jvarnado@jonesday.com
Email: ajunker@jonesday.com

Laura Jane Durfee
JONES DAY
325 John H. McConnell Blvd, Suite 600
Columbus, OH 43215-2673
Email: ldurfee@jonesday.com

James W. Carlson
JONES DAY
500 Grant Street, Suite 4500
Pittsburgh, PA 15219-2514
Email: Jamescarlson@jonesday.com

David W. Ogden
Charles C. Speth
WILMER CUTLER PICKERING
HALE AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20006
Email: david.ogden@wilmerhale.com
Email: charles.speth@wilmerhale.com

Respectfully submitted,

JULIANNE E. MURRAY
United States Attorney

BY:     */s/ Elizabeth Vieyra*
Elizabeth Vieyra
Assistant United States Attorney
1313 N. Market Street
P.O. Box 2046
Wilmington, Delaware 19899-2046
Telephone: 302-573-6148
Facsimile: 302-573-6220
Elizabeth.Vieyra@usdoj.gov

Dated:  August 6, 2025

2