## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No.  20-1744-CFC-EGT |
| v. | ) | |
| | ) | |
| WALMART INC. AND WAL-MART STORES EAST, LP, | ) ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF LODGING

PLEASE TAKE NOTICE that on August 22, 2025, Defendants Walmart Inc. and Wal-Mart Stores East, LP ("Walmart") caused to be lodged Under Seal a USB drive containing:

1. Two excel files referenced in Exhibit C to Walmart's Opposition to Motion for Extension of Case Deadlines (D.I. 254) ("Walmart's Opposition"), titled **(1)** "*2024.10.21 Invalid Fills Problem Prescribers HIGHLY CONFIDENTIAL-PHI.xlsx*" (originally provided on 9/27/24) and **(2)** "*2024.10.22 Additional Invalid Fills Problem Prescribers HIGHLY CONFIDENTIAL - PHI.xlsx*"; and

RLF1 33594609v.1

2.  One excel file referenced in Exhibit D to Walmart's Opposition, titled "*Red*

*Flag Prescriptions (Highly Confidential - Protected Health Information)*

*(2).xlsb*."

Copies have also been sent to the following counsel for the United States in

the manner indicated.

**Secure File Transmission Portal**
Dylan Steinberg
Elizabeth F. Vieyra
Assistant United States Attorney
U.S. Attorney's Office
Hercules Building
1313 N. Market Street
Wilmington, DE 19801

**Secure File Transmission Portal**
Amanda N. Liskamm
Kathleen B. Brunson
Katherine M. Ho
Kimberly R. Stephens
U.S. Department of Justice
Civil Division
Consumer Protection Branch
P.O. Box 386
Washington, DC 20044

**Secure File Transmission Portal**
Carolyn B. Tapie
USDOJ - Middle District of Florida
400 North Tampa Street, Suite 3200
Tampa, FL 33602

**Secure File Transmission Portal**
Elliot M. Schachner
USDOJ - Eastern District of New York
U.S. Attorney's Office
Eastern District of NY
271 Cadman Plaza East
7th Floor
Brooklyn, NY 11201

**Secure File Transmission Portal**
Andrew Kasper
USDOJ - Eastern District of North
Carolina
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601

2

OF COUNSEL:

William G. Laxton, Jr.
Jeffrey R. Johnson
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113

Karen P. Hewitt
JONES DAY
4655 Executive Drive, Suite 1500
San Diego, CA 92121-3134

Jason S. Varnado
Andrew J. Junker
JONES DAY
717 Texas, Suite 3300
Houston, TX 77001-2172

Laura Jane Durfee
JONES DAY
325 John H. McConnell Blvd.
Suite 600
Columbus, OH 43215-2673

James W. Carlson
JONES DAY
500 Grant Street, Suite 4500
Pittsburgh, PA 15219-2514


Dated: August 22, 2025

/s/ Kelly E. Farnan
Robert W. Whetzel (#2288)
Kelly E. Farnan (#4395)
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700
whetzel@rlf.com
farnan@rlf.com

*Attorneys for Defendants Walmart Inc.
and
Wal-Mart Stores East, LP*

3