Kelly E. Farnan
302-651-775
Farnan@rlf.com

**RICHARDS LAYTON & FINGER**

August 22, 2025

**VIA CM/ECF AND HAND DELIVERY**

The Honorable Colm F. Connolly
United States District Court
 for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801-3555

    Re:   *United States of America v. Walmart Inc., et al.*,
           C.A. No. 20-1744-CFC-EGT

Dear Chief Judge Connolly:

    I write on behalf of defendants Walmart Inc. and Wal-Mart Stores East, LP ("Walmart") with regard to the United States' Opposed Motion for Extension of Discovery Deadlines, D.I. 250, and Walmart's Opposition to Motion for Extension of Case Deadlines, D.I. 254. Given that the government seeks a one year extension of all deadlines, including the impending September 5, 2025 deadline to substantially complete document production, Walmart respectfully requests that the Court schedule a hearing on the government's motion at a date and time convenient for the Court.

                Respectfully,

                */s/ Kelly E. Farnan*

                Kelly E. Farnan (#4395)

cc: Counsel of Record (By CM/ECF)