# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WALMART INC. AND WAL-MART STORES EAST, LP,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 20-cv-1744-CFC<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE OF SUBPOENA

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 45, plaintiff the United States of America will cause a subpoena to produce documents to be served upon:

Harp's Food Store
C/o: W.H. Taylor
211 E. Dickson Street, Ste. 1
Fayetteville, AR 72701

On September 8, 2025 the United States served the foregoing subpoena via email on counsel for defendants Walmart Inc. and Wal-Mart Stores East, LP listed below.

| | |
|---|---|
| Robert W. Whetzel<br>Kelly E. Farnan<br>Richards, Layton & Finger, P.A.<br>920 North King Street<br>Wilmington, DE 19801<br>Email: whetzel@rlf.com<br>Email: farnan@rlf.com<br><br>William G. Laxton, Jr.<br>Jeffrey R. Johnson<br>JONES DAY<br>51 Louisiana Avenue, N.W.<br>Washington, DC 20001-2113<br>Email: wglaxton@jonesday.com<br>Email: jeffreyjohnson@jonesday.com | Karen P. Hewitt<br>JONES DAY<br>4655 Executive Drive, Suite 1500<br>San Diego, CA 92121-3134<br>Email: kphewitt@jonesday.com<br><br>Jason S. Varnado<br>Andrew J. Junker<br>JONES DAY<br>717 Texas, Suite 3300<br>Houston, TX 77002-2172<br>Email: jvarnado@jonesday.com<br>Email: ajunker@jonesday.com |

| | |
|---|---|
| Laura Jane Durfee<br>JONES DAY<br>325 John H. McConnell Blvd, Suite 600<br>Columbus, OH 43215-2673<br>Email: ldurfee@jonesday.com<br><br>James W. Carlson<br>JONES DAY<br>500 Grant Street, Suite 4500<br>Pittsburgh, PA 15219-2514<br>Email: Jamescarlson@jonesday.com | David W. Ogden<br>Charles C. Speth<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>2100 Pennsylvania Avenue NW<br>Washington, DC 20006<br>Email: david.ogden@wilmerhale.com<br>Email: charles.speth@wilmerhale.com |

                                                          Respectfully submitted,

                                                          JULIANNE E. MURRAY<br>                                                          United States Attorney

BY:    */s/ Elizabeth Vieyra*<br>           Elizabeth Vieyra<br>           Assistant United States Attorney<br>           1313 N. Market Street<br>           P.O. Box 2046<br>           Wilmington, Delaware 19899-2046<br>           Telephone: 302-573-6148<br>           Facsimile: 302-573-6220<br>           Elizabeth.Vieyra@usdoj.gov

Dated:  September 8, 2025