# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 20-1744-CFC-EGT |
| ) | |
| WALMART INC. AND WAL- ) | |
| MART STORES EAST, LP, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on September 18, 2025, Walmart Inc. and Wal-Mart Stores East, LP served a true and correct copy of a notice of deposition that will take place on October 10, 2025, at 11:00 a.m. MST in Buckeye, Arizona, on the following counsel as indicated:

**BY ELECTRONIC MAIL**
Dylan Steinberg
Elizabeth F. Vieyra
Assistant United States Attorney
U.S. Attorney's Office
Hercules Building
1313 N. Market Street
Wilmington, DE 19801

**BY ELECTRONIC MAIL**
Amanda N. Liskamm
Kathleen G. Brunson
Katherine M. Ho
Kimberly R. Stephens
U.S. Department of Justice, Civil Division
Consumer Protection Branch
P.O. Box 386
Washington, DC 20044

**BY ELECTRONIC MAIL**
Andrew Kasper
USDOJ – Eastern District of North Carolina
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601

**BY ELECTRONIC MAIL**
Carolyn B. Tapie
USDOJ – Middle District of Florida
400 North Tampa Street, Suite 3200
Tampa, FL 33602

RLF1 33329964v.1

|  |  |
|---|---|
|  | **BY ELECTRONIC MAIL** |
|  | Elliot M. Schachner |
|  | USDOJ – Eastern District of New York |
|  | U.S. Attorney's Office |
|  | Eastern District of NY |
|  | 271 Cadman Plaza East |
|  | Brooklyn, NY 11201 |
| OF COUNSEL: | */s/ Kelly E. Farnan* |
|  | Robert W. Whetzel (#2288) |
| William G. Laxton, Jr. | Kelly E. Farnan (#4395) |
| Jeffrey R. Johnson | Richards, Layton & Finger, P.A. |
| JONES DAY | 920 North King Street |
| 51 Louisiana Avenue, N.W. | Wilmington, DE 19801 |
| Washington, DC 20001-2113 | (302) 651-7700 |
| (202) 879-3939 | whetzel@rlf.com |
|  | farnan@rlf.com |
| Karen P. Hewitt |  |
| JONES DAY | James W. Carlson |
| 4655 Executive Drive, Suite 1500 | JONES DAY |
| San Diego, CA 92121-3134 | 500 Grant Street, Suite 4500 |
| (858) 314-1200 | Pittsburgh, PA 15219-2172 |
|  | (412) 391-3939 |
| Jason S. Varnado |  |
| Andrew J. Junker |  |
| JONES DAY | *Attorneys for Walmart Inc. and* |
| 717 Texas, Suite 3300 | *Wal-Mart Stores East, LP* |
| Houston, TX 77002-2172 |  |
| (832) 239-3939 |  |
| Laura Jane Durfee |  |
| JONES DAY |  |
| 325 John H. McConnell Boulevard |  |
| Suite 600 |  |
| Columbus, OH 43215-2673 |  |
| (614) 281-3895 |  |

Dated:  September 18, 2025