**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 20-1744-CFC-EGT |
| | ) | |
| WALMART INC. AND WAL-MART STORES EAST, LP, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on March 20, 2026, Walmart Inc. and Wal-Mart Stores East, LP ("Walmart") served true and correct copies of notices of Rule 30(b)(6) depositions of the Centers for Disease Control and Prevention ("CDC"), the Drug Enforcement Administration ("DEA"), and the Food and Drug Administration ("FDA"), and further served copies of deposition subpoenas for the Centers for Medicare and Medicaid Services ("CMS") and the Department of Veterans Affairs ("VA"). The depositions are noticed for May 4, 2026 at 9:00 a.m. ET at Jones Day's office in Washington, D.C. Walmart served the notices and subpoenas on the following counsel as indicated:

1

**BY ELECTRONIC MAIL**

Dylan Steinberg
Elizabeth F. Vieyra
Assistant United States Attorney
U.S. Attorney's Office
Hercules Building
1313 N. Market Street
Wilmington, DE 19801

**BY ELECTRONIC MAIL**

Carolyn B. Tapie
USDOJ - Middle District of Florida
400 North Tampa Street, Suite 3200
Tampa, FL 33602

**BY ELECTRONIC MAIL**

Andrew Kasper
USDOJ - Eastern District of North
Carolina
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601

**BY ELECTRONIC MAIL**

Kathleen G. Brunson
Katherine M. Ho
U.S. Department of Justice, Civil
Division
Enforcement & Affirmative Litigation
Branch
P.O. Box 386
Washington, DC 20044

**BY ELECTRONIC MAIL**

Elliot M. Schachner
USDOJ - Eastern District of New York
U.S. Attorney's Office
Eastern District of NY
271 Cadman Plaza East, 7th Floor
Brooklyn, NY 11201

2

RLF1 35549465v.1

OF COUNSEL:

William G. Laxton, Jr.
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001-2113
(202) 879-3939

Karen P. Hewitt
JONES DAY
4655 Executive Drive, Suite 1500
San Diego, CA 92121-3134
(858) 314-1200

Jason S. Varnado
Andrew J. Junker
JONES DAY
717 Texas, Suite 3300
Houston, TX 77002-2172
(832) 239-3939

Laura Jane Durfee
JONES DAY
325 John H. McConnell Boulevard
Suite 600
Columbus, OH 43215-2673
(614) 281-3895

James W. Carlson
JONES DAY
500 Grant Street, Suite 4500
Pittsburgh, PA 15219-2172
(412) 391-3939

Dated: March 20, 2026

/s/ Kelly E. Farnan
Robert W. Whetzel (#2288)
Kelly E. Farnan (#4395)
Richards, Layton & Finger, P.A.
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700
whetzel@rlf.com
farnan@rlf.com

*Attorneys for Walmart Inc. and
Wal-Mart Stores East, LP*

3